UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ
  PLAINTIFF

   VS.

JOHN J. ARMSTRONGE, et al.

FILED

2003 NOV -b P 3: 13

US DISTRICT COURT
BRIDGEPORT, CT

PRISONER
CASE NO.3:03CV583(JCH)
DATE 10-9-03

### MOTION FOR LEAVE TO AMENDED COMPLAINT

Under Rule 15(a) and 19(a),F.R.C.P. the plaintiff respectfully moves to amend the complaint without permission from the court since defendants have not filed an answer were permission to amend the complaint should be and freely given. citing, FOMAN V. DAVIS, 371 U.S. 178,83 S.ct 227(1962): & MARTENS V. HUNNELL, 587 F.2d 862(7th Cir. 1978).

### I. HISTORY OF THE CASE

The I.F.P. status has been granted since 1 day of May,2003. On May 30,2003 the court's granted plaintiff Motion[doc.#6] filed on june 2,2003 by the U.S.D.C. Bridgeport for " Extending time for service". The service forms and 16teen copies of the complaint with exhibit(s) ordered by the court's Magistrate Judge HOLLY B.FITZSIMONS were mailed on May 28, 2003 submitted complying with the court order's. The plaintiff contacted the clerks office by phone on August 18,2003 at approx. 10:11 AM from Cheshire C.I. and was notified that the service and complaint forms prepared have been mailed to the U.S.Marshals for service on August 5,2003. The Process receipt and return form U.S.M.-285 shows the acknowledge receipt for the total numder of process indicated on 7/23/03 but mailed return dated 8/21/03 as unexecuted were the plaintiff filed a Motion for substituted service pursuant Rule4(d)(1) Fed.R.Civ.P. and Conn.Gen.Stat.§§ 52-64,52-45 & 52-45a for the U.S.Marshals service to serve the summons and complaint with the Attorney General or at his Office in Hartford.

### II.SPECIFIC FACTS

1) The plaintiff after receiving the mailed return dated 8/21/03 as unexecuted from the U.S. Dep. of Justice, U.S.Marshal service,District of Conn.,U.S.Courthouse,141 church st., mezzanine,N.H.,CT. 06510-2030 on Sept 2,2003 requested an explanation as for the reason(s) which led to the unexecuted service where the U.S. Dept.of Justice U.S.Marshal service have responded as of yett. see attached herein marked as Exhibit"A" the request date Sept.2,2003

mailed to the U.S.Marshals.

2) The plaintiff after futher review of the complaint finds that it is necessary for the court honorable observation of the complain to amend the complaint, attached Exhibits in support of the claims and for draffting more arguable basis pursuant Rule 12(b)(6),F.R.C.P.,citing, NEITZKE V. WILLIAMS,490 U.S. 319,325,329-30(1989).

3) The complaint is not deficient in any form to prohibit an opportunity to amend citing, KESTERSON V. WILLSON,165 F.3d 27(unpublished),1998 WL 702333 at *2(6th Cir. Sept.23,1998).

4) The Motion for substituted service has not as of yet been ordered mailed since August 28, 2003 nor the Clerk of the court notified the plaintiff of the Motion substituted service filed pursuant F.R.C.P. 4(d)(1) and Conn.GEN.STAT.§§ 52-45a,52-54 and 52-64.

### III. LEGAL GROUDS

This Motion is filed under Rule15(a) and 19(a)F.R.C.P. citing FOMAN V. DAVIS,371 U.S. 178,83 S.CT 227(1962), good cause is presented in behalf of the plaintiff to move freely and amend complaint.

NO SIMILAR MOTION HAS BEEN FILED.

RESPECTFULLY SUBMITTED

_____
THE PLAINTIFF
LUIS FERANNDEZ #279900

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LUIS FERNANDEZ
  PLAINTIFF                                    :                    PRISONER
                                                          CASE NO.3:03CV583(JCH)

      V.                                       :

                                                              OCT.9,2003

JOHN J. ARMSTRONGE,et al                       :

                                               :

### PROOF OF SERVICE

I Luis Fernandez, plaintiff sworns under the pains of perjury of the following:

The plaintiff this 9th day of Oct.,2003 in a correctional envelope for indigent inmates submitts

a Motion for Leave file an Amended Complaint address to the clerk of the Court at 915 Lafayette

BVD.,Bridgeport, CT by handing the indigent correctional envelope to the counselor of Unit 6

south block for approval and delivery to the mailroom for mailing.

RESPECTFULLY SUBMITTED

LUIS FERNANDEZ#279900
THE PLAITIFF

C.C/FILE

Ex. A

# CHESHIRE CORRECTIONAL INS.

FROM: LUIS FERNANDEZ
       ID. NO. 279900

900 highland Ave.
Cheshire, CT 06410

Date: Sept. 2, 2003

TO: U.S. Dept. of Justice
     U.S. Marshal Service
     District of Conn.
     U.S. Courthouse
     141 Church Street MEZZANINE
     NEW HAVEN, CT 06510-2030

To whom it May Concern:
RE: Assistance In Expediting Service Ordered by the Court's

This writer who is a PRO SE litigant in a Civil Complaint under Federal Rules 42 U.S.C. § 1983, Residing At Cheshire C.I., Cheshire, CT, Respectfully Request the following:

On 7/23/03 this office U.S. Marshal's Acknowledge recipt for the total Number of process indicated to Assist in Expediting service of Forms U.S.M. - 285 to the Named defendants As the Court Ordered.

Your office Certify's And Returns who ever the U.S. Marshal or Deputy was As "unable to locate the individual, Company, Corporation', etc.," Marked on the Forms U.S.M. -

285 Returned dated 8/21/03 "unexecuted" were the U.S. Marshal or Deputy who Allegely was unable to execut service did not provided a reason as to what was him/her unable to locate? When the defendants that should have been served with the Civil Complaint as the Court Ordered are still working in cheshire Correctional C.I., 900 highland ave, Cheshine, CT 06410 and continue to work from 8:00 AM - 3:00 PM.

Please, provide an explanation to the unexecuted service to this writer for notification and responding to the Court's orders in for Continuing proceding's of this Case Mention.

I eagerly Await your Response, Keep having a great day!

Sincerely,

Luis Fernandez
ID. NO. 279900

Copy C.