FILED

2003 NOV 21 P 3: 55

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:03CV583(JCH)(HBF) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 20, 2003 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

PLEASE ENTER MY APPEARANCE on behalf of all defendants in the above-entitled matter in their official and individual capacities.

Dated at Hartford, Connecticut, this 20th day of November, 2003.

> DEFENDANT,
> John Armstrong, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:_____
> Robert F. Vacchelli
> Assistant Attorney General
> Federal Bar No. ct05222
> 110 Sherman Street
> Hartford, CT 06105
> Tel. No.: (860) 808-5450
> Fax No.: (860) 808-5591
> E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 20th day of November, 2003:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

/Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General