UNITED STATES DISTRICT COURT
FILED
DISTRICT OF CONNECTICUT

2003 DEC -2 P 3:51

LUIS FERNANDEZ          :
                        :           PRISONER
     v.                 :    Case No. 3:03CV583(JCH)(HBF)
                        :
JOHN J. ARMSTRONG, et al.   :


RULING AND ORDER

Defendants seek an extension of time, until December 22, 2003, to respond to the complaint. Defendants' motion [**doc. #18**] is **GRANTED**.

Plaintiff seeks leave of court to file an amended complaint. In his motion, plaintiff correctly states that he need not obtain permission because defendants have not yet filed an amended complaint. As leave of court is not required, plaintiff's motion [**doc. #16**] is **DENIED** as moot. Plaintiff may file an amended complaint at any time before defendants file their answer.

**SO ORDERED.**

Entered this _____ day of December, 2003, at Bridgeport, Connecticut.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

1