# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez

2003 DEC -9 P 3:07    PRISONER

CASE NO 3:03CV583
(JCH)(HBF)

v.

Nov. 28, 2003

John J. Armstrong, et al

## Plaintiff Response To Defendants Extension Of Time

The plaintiff, Luis Fernandez, in this matter consents to the defendants, John J. Armstrong et al 30 days extension of time motion dated Nov. 20, 2003 within which to file an answer or motion addressed to the complaint.

Oral argument is not requested.

The Plaintiff

Luis Fernandez #279900
900 Highland Ave.,
Cheshire, CT 06410

-1-

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28 day of Nov., 2003:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street,
Hartford, CT 06105

Luis Fernandez
The Plaintiff

C.C./file

-2-