FILED

2003 DEC 18 P 12: 55

U.S. DIS...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 17, 2003 |

### SECOND MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a second 30 day extension of time, to and including January 21, 2004 within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel is still in the process of collecting information necessary for the defense. The pro se inmate plaintiff describes numerous events over 5 months involving 15 defendants requiring review. Also, communications have been delayed by reason of holiday and snowstorm closings.

This is defendants' second request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this motion.

Wherefore, the defendants request a 30 day extension of time, to and including January 21, 2004, within which to file an answer or motion addressed to the complaint in the above captioned case.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of December, 2003:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

*[signature]*
Robert F. Vacchelli
Assistant Attorney General

2