UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -7 P[?]
US DISTRICT COURT
BRIDGEPORT CT

Luis Fernandez         :  PRISONER
                       :
V.                     :  3:03CV583
                       :  (JCH)(HBF)

John Armstrong, et al.    December 26, 2003

**PLAINTIFF OBJECTION TO DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME**

The plaintiff respectfully submits this objection against defendants John Armstrong, et al Second Motion For Extension Of Time were the fact is that on this 1 day of December, 2003 Honorable Holly B. Fitzsimmons had Granted defendants' Motion [doc. #18] for an Extension of Time to respond to the Civil Complaint and the plaintiff Consented in good faith.

Wherefore, the plaintiff objects to defendants Second Motion for Extension Of Time for failure to comply with the Court Ruling and Ordered of December 1, 2003 to respond to the Civil Complaint by December 22, 2003 in violation of Rule 16(c) of the Federal Rules of Civil Procedures.

1 of 2

by: The Plaintiff
/s/ Luis Fernandez
Luis Fernandez
ID. 279900
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was Mailed to the following on this 26 day of December, 2003:

Robert F. Vacchelli,
Ass. Atty. Gen.
110 Sherman Street
Hartford, CT 06105

/s/ Luis Fernandez
Luis Fernandez
The Plaintiff

2 of 2