UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ            :         FILED PRISONER
                                    CASE NO. 3:03CV583(JCH)(HBF)
V                         :
                                    2004 JAN 16 P 4:41
JOHN ARMSTRONG, ET AL     :                JANUARY 9, 2004

                                    US DISTRICT COURT
                REQUEST FOR ENTRY OF DEFAULT   BRIDGEPORT CT

**TO:** Clerk of the court for the district of Conn. at Bridgeport.

You will please enter the default of defendants John Armstrong, et al for failure to plead or otherwise defend as provided by the court scheduling ordered on 1 day of December, 2003 at Bridgeport pursuant to Rule 16(c) of Federal Rules of Civil Procedures, as appears from the attached affidavit of Luis Fernandez.

                                              RESPECTFULLY SUBMITTED

                                              _____
                                              LUIS FERNANDEZ
                                              ID. 279900
                                              C.C.I.
                                              900 HIGHLAND AVE
                                              CHESHIRE, CT 06410

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | | CASE NO.3:03CV583(JCH)(HBF) |
| V. | : | |
| JOHN ARMSTRONG, ET AL | : | JANUARY 9, 2004 |

### AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF CONN.

COUNTY OF N.H.  -SS-

Plaintiff Luis Fernandez, being duly sworn, deposes and says;

1. That he is the PRO SE counsel in the above entitled matter.

2. That defendants John Armstrong, et al was served with a copy of the summons and complaint as appears from the proof of service on file.

3. That defendants John Armstrong, et al has not filed or served an answer to respond to the complaint pursuant Rule 16(b) F.R.C.P., although more than eighteen (18) days have elapsed since the court granted defendants' Motion[doc.#18] for an extension of time, until December 22, 2003, to respond to the complaint.

RESPECTFULLY SUBMITTED

LUIS FERNANDEZ
ID 279900
C.C.I.,
900 HIGHLAND AVE.,
CHESHIRE, CT. 06410

I declare under the penalty of perjury that the foregoing is true and correct signed this 9 day of January, 2004.

LUIS FERNADEZ
ID 279900

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CASE NO. 3:03CV583(JCH)(HBF) |
| V. | : | |
| JOHN ARMSTRONG, ET AL | : | JANUARY 9, 2004 |

### AFFIDAVIT AS TO MILITARY SERVICE

STATE OF CONNECTICUT

-SS-

COUNTY OF N.H.

LUIS FERNANDEZ, being duly sworn, deposes and says:

1. That he is the PRO SE counsel in the above entitled matter, and makes this affidavit pursuant to the provision of the SOLDIERS and SAILORS CIVIL RELIEF ACT.

2. That defendants John Armstrong, et al has worked at the Department of Corrections at connecticut since the plaintiff was sentence on OCt., 2001.

3. That from the above fact, plaintiff is convinced that defendants Jhon ARmstrong, et al are not in the military service of the United States.

RESPECTFULLY SUBMITTED

LUIS FERNANDEZ
ID/279900
C.C.I.,
900 HIGHLAND AVE.,
CHESHIRE, CT. 06410

UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ              :       PRISONER
                                    CASE NO. 3:03CV583
V.                          :           (JCH)(HBF)

JOHN ARMSTRONG, et al       :       JANUARY 9, 2004

## JUDGMENT

The Court having ordered that the plaintiff herein recovers of the defendants the damages sustained by them and that an inquest be taken before a jury to assess plaintiff's damages and that, upon rendering of a verdict by the jury, judgment be entered in accordance therewith; and for hearing on the _____ day of _____, 2004, before the Court and a Jury, after due notice thereof to said defendants, and the jury having rendered a verdict for the plaintiff and against defendants John Armstrong, et al in the lump sum of $5 Million dollars compensatory and $1,340,000.00 thousand dollars punitive as relief requested reads in the Civil Complaint, it is hereby ORDERED, ADJUDGED and DECREED, that the plaintiff recovers of the defendants John Armstrong, et al the lump sum of $5,340,000.00 Million dollars, together with costs.

Date: _____                                    _____
                                                              JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ : PRISONER
 : CASE NO. 3:03CV583
V. : (JCH)(HBF)
 :
JOHN ARMSTRONG, et al : JANUARY 9, 2004

## NOTICE OF MOTION FOR JUDGMENT

TO: JOHN ARMSTRONG, et al.

Please take notice that the plaintiff will make application to the Court, at Room _____ United States District Court, 915 Lafayette Blvd., Bridgeport, Conn. 06604 on the _____ day of _____ 2004, at 10:00 AM or as soon thereafter as Pro Se Counsel can be heard, for entry of a Default Judgment in favor of the plaintiff and against you, et al for the lump sum of $5,340,000.00 Million dollars.

RESPECTFULLY SUB.

Luis Fernandez
ID. 249900
900 Highland Ave.
Cheshire, CT 06410