FILED

UNITED STATES DISTRICT COURT    JAN 21  P 12: 39
DISTRICT OF CONNECTICUT

US DISTRICT COURT
PRISONER    BRIDGEPORT CT

| | |
|---|---|
| LUIS FERNANDEZ | : CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : |
| JOHN ARMSTRONG, ET AL. | : JANUARY 20, 2004 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND NOTICE OF MOTION FOR JUDGMENT DATED JANUARY 9, 2004

The defendants, John Armstrong, et al., by and through their undersigned counsel, hereby oppose plaintiff's Request for Entry of Default and Notice of Motion for Judgment dated January 9, 2004, in the above case.

Plaintiff seeks a default and judgment for defendants' failure to plead in this case. However, under the First Scheduling Order, the defendants have until January 21, 2004, within which to plead. See Order, Attachment A. In fact, they filed an Answer in this case by pleading dated January 9, 2004.

Accordingly, we urge the court to deny plaintiff's Request and Notice of Motion.

                                          DEFENDANTS
                                          John Armstrong, et al.

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


BY: _____
                                          Robert F. Vacchelli
                                          Assistant Attorney General
                                          110 Sherman Street
                                          Hartford, CT  06105
                                          Federal Bar #ct05222
                                          E-Mail:  robert.vacchelli@po.state.ct.us
                                          Tel.: (860) 808-5450
                                          Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of January, 2004:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410


                                          _____
                                          Robert F. Vacchelli
                                          Assistant Attorney General

# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ             :
                           :      PRISONER
V.                         :      DOCKET NO. 3:03CV583(JCH)(HBF)
                           :
JOHN ARMSTRONG, ET AL :

FILED
2003 DEC -2  P 3:51
US DISTRICT COURT

FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). The first appearance in this action was filed on **November 21, 2003.**

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 60 days of the date on which the appearance was filed. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. If either party determines that an early settlement conference would be beneficial in this case, he shall file a motion seeking a settlement conference within 90 days of the date on which the appearance was filed.

3. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within six months (180 days) of the date on which the appearance was filed. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within seven months (210 days) of the date on which the appearance was filed.

5. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this _1_ day of _December_, 200_3_, at _Bridgeport_.

_____
U.S. Magistrate Judge