UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LUIS FERNANDEZ               :
                             :          PRISONER
     v.                      :   Case No. 3:03CV583(JCH)(HBF)
                             :
JOHN J. ARMSTRONG, et al.    :
```

RULING AND ORDER

Plaintiff asks the court to enter default against the defendants for failure to plead.  Defendants filed an answer on January 12, 2004, four days before plaintiff's motion reached the court.  Accordingly, plaintiff's motion [**doc. #28**] is **DENIED**.

**SO ORDERED.**

Entered this 23 day of January, 2004, at Bridgeport, Connecticut.

          /s/
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE