UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LUIS FERNANDEZ                  :
                                :           PRISONER
    v.                          :   Case No. 3:03CV583(JCH)(HBF)
                                :
JOHN J. ARMSTRONG, et al.       :
```

RULING AND ORDER

On December 18, 2003, defendants filed a motion seeking a second extension of time, until January 21, 2004, to respond to the original complaint. On December 19, 2003, plaintiff filed an amended complaint. Accordingly, defendants' motion [doc. #22] is DENIED as moot. Defendants are directed to file their response to the amended complaint within thirty days from the date of this order.

**SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE