UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez            :        PRISONER
                                   CASE NO. 3:03CV583
V.                        :        (JCH)(HBF)

John Armstrong, et al     :        January 20, 2004

## MOTION FOR JURY DEMAND BY THE PLAINTIFF

The plaintiff Respectfully demands a trial by Jury were material facts will be disputed in this case for the court to consider a jury trial.

RESPECTFULLY SUBMITTED

Luis Fernandez
ID 279900
M.W.C.I.
1153 East South St,
Suffield, CT 06080

1 of 2

## CERTIFICATION

This is to Certify that A Copy of the foregoing has been sent, including Changes via Mail to the following defendants Attorney this 20th day of January, 2004.

Att. Robert F. Vacchelli
Ass. Att. Gen.
110 Sherman St
Hartford, CT 06105

Luis Fernandez
ID 279900