FILED

UNITED STATES DISTRICT COURT   JAN 30  A 11: 48
DISTRICT OF CONNECTICUT

US [...]

PRISONER
| | |
|---|---|
| LUIS FERNANDEZ | : CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : |
| JOHN ARMSTRONG, ET AL. | : JANUARY 28, 2004 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR RESPOND & OBJECTION TO DEFENDANT ANSWER & AFFIRMATIVE DEFENSE DATED JANUARY 20, 2004

The defendants, John Armstrong, et al., by and through their undersigned counsel, hereby oppose plaintiff's pleading entitled Motion for Respond & Objection to Defendant Answer & Affirmative Defense dated January 20, 2004.

Plaintiff apparently seeks a court order establishing defendants' admission as to all claims made in plaintiff's exhibits attached to his Amended Complaint in this case, purportedly pursuant to Rule 5(d) F. R. Civ. P. allegedly because defendants did not plead to them. No such order should enter. Defendant denied all claims "wherever situated or labeled in the Amended Complaint" except those specific points they admitted, and plaintiff's exhibits were not admitted. Moreover, Rule 5(d) contemplates no such authority for the court to enter such an order requested by plaintiff.

Also, plaintiff appears to move to dismiss the affirmative defenses indicating that none of defendants' Affirmative defenses are meritorious or applicable. We urge the court to reject this effort as well. All of the Affirmative Defenses spell out defenses recognized in the law: First Affirmative Defense, Miree v. DeKalb County, 433 U.S. 25, 27 n. 2, 97 S. Ct. 2490, 53 L.Ed.2d 557 (1977); Second Affirmative Defense, Kentucky v. Graham, 473 U.S. 159, 166, 105 S.Ct.