UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
FILED

Luis Fernandez                    PRISONER
                    2004 FEB 18 P 4:52    CASE NO 3:03CV583
V.                  US DIST...                (JCH)(HBF)

John Armstrong, et al :        Feb. 6, 2004

## MOTION IN REPLY to DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR RESPOND & OBJECTION TO DEFENDANT ANSWER & AFFIRMATIVE DEFENSE DATED JANUARY 20, 2004

Plaintiff, Pro se hereby Replies to defendants Memorandum in opposition to plaintiff's MOTION for Respond & OBJECTION to defendant ANSWER & Affirmative Defense dated January 20, 2004.

The defendants has filed an answer on January 20, 2004? And has not replied to any of the attached and marked Exhibits "A" threw "I" in the factual paragraphs "1" threw "16" in the Amended Complaint; that attached and marked Exhibits "A" threw "I" in the factual paragraphs "1" threw "16" in the Amended Complaint are taken as admitted pursuant under Rule 5(d), F.R.C.P.

1 of 6

The Court has the Authority to Grant any Motion, Rule on Judgment or Allowed Response in which a party does not objects and does not Replies too such as admitt the Attached and Marked Exhibits "A" thuru "T" in the factual paragraphs "1" thuru "16" in the Amended Complaint pursuant under Rule 5 (d), F.R.C.P.

The defendants seem not to recognized the law in which supports the plaintiffs' Objection to Defendants Answer and Affirmtive Defenses dated January 20, 2004, were the plaintiff Argues and cities the following:

1) Defendants First Affirmative Defense is without Merit and the plaintiff is entitle to Relief, citing, Conley V. Gibson, 355 U.S. 41, 75 S.Ct 99 (1957); see, Also, Scheyer V. Rhodes, 416 U.S. 232, 236, 94 S.Ct. 1683 (1974).

2) Defendants Second Affirmative Defense is inapplicable for failure to perform its Resposability Resulting in Constitutonal violations, citing, Tatum V. Hooser, 642 F.2d 253 (8th cir. 1981); Doe V. New York City of Social Services, 649 F.2d 134 (2d cir. 1981); U.S. Ex. Rel. Larkins V. Oswald, 510 F.2d 583, 589 (2d cir. 1975).

3) DEFENDANTS THIRD AFFIRMATIVE DEFENSE is inapplicable in this case which as state officials they are the NOMINAL defendants and Governmental immunity is inapplicable to injuctive and declaratory relief pursuant SOVEREIGN immunity, 440 U.S. 410, 420. and defendant J. Armstrong knew of or should have known of subordinates actions of inactions clearly violated established Constitutional Rights and is liable, Citing, CAMILO-ROBBLES V. HOYOS, 151 F.3d 1,6 (1ᵗʰ cir. 1998).

4) Defendants Fourth AFFIRMATIVE DEFENSE is inapplicable to violations of guarantee access to the courts and Conn. Const. ART. 1 § 10 were qualified immunity is inapplicable by laws to violations of statutes. Citing, Bound V. Smith, 430 U.S. 817, 821 (1977), LEWIS V CASEY, 116 S.Ct 2174, 2180 (1996), HARLOW V. FITZGERALD, supra note 184, at 2739; SCOtt V. PIANTE, 691 F.2d 634 (3d cir. 1982).

5) Defendants FiFTH AFFIRMATIVE DEFENSE is inapplicable to injuctive and declaratory relief, Citing SOVEREIGN immunity, 440 U.S. 410, 420, the plaintiff fundamental Constitutional Right by laws to access the courts, citing BELL V. BLATTER, 175 F.3d 378, 391 (1999) and attached marked Exhibits "A" thraw "T" in the factual paragraphs

5) "1" thew "16" in the Amended Complaint proof's
All the Exhausted Available Remedies sufficient
for pleading purpose, citing, HARRIS V. FORD,
___ F. SUPP. 2d ___, 1999 WL 38233 At *1 (D.
Alaska 1/26/1999); FARMER V. BRENNAN 511
U.S. 825, 837 (1994); see, Also, AlBright
V. Oliver, 510 U.S. 266 (1994).

6) The defendants Sixth AFFIRMATIVE DEFENSE is
inapplicable to Federal Court Jurisdiction, 28
U.S.C. § 1343 (3) where defendants Conduct
Admitted to be under Color of State Law As
Complaint in this Amended Complaint § 1983
Are liable. Citing MONROE V. PAPE, 365
U.S. 167, 184, 81 S.Ct 473 (1961); Also,
PARRATT V. TAYLOR, 451 U.S. 527, 101 S.Ct
1908, 1913 (1981).

7) Defendants SEVENTH AFFIRMATIVE DEFENSE is
inapplicable to the documentation of Exhausiton
Grievances Attached Marked in the factual paragraphs
"1" thew "16" in the Amended Complaint As
Exhibits "A", "C", "D", "E", "G", "I", "J", "K", "L",
"S", And "T" Citing SISNEY V. WYAndotte
County DETENTION CENTER, ___ F.3d ___ 1999
WL 34815 At *1 (10th Cir. Jan. 28, 1999).

8) DEFENDANTS EIGHTH AFFIRMATIVE DEFENSES

8) is inapplicable in this case Attached and Marked As Exhibit "1" herein Showing Actual injury and even in a damage suit the plaintiff showing the Court Access system is inadequate, no proof of harm is required. Citing REUCKE V. DAHM, 707 F.Supp. 1121, 1129 (D. Neb. 1988) Also, FARMER V. BRENNAN, 511 U.S. 825, 837 (1994).

9) DEFENDANTS NINTH AFFIRMATIVE DEFENSE is inapplicable to their Admittions of Acting under Color of State Law and defendants failing to Act on information indicating that unconstitutional practices are taking place shall be liable under § 1983, Citing ADICKES V. S.H. KRESS & CO., 398 U.S. 144, 162-69 (1970); YOUNG V. SELSKY, 41 F.3d 47, 52 (2d cir. 1994); CLEAVINGER V. SAXNER, 474 U.S. 193, 194, 206 (1985); And Also, BLACK V. Coughlin, 76 F.3d 72, 74 (2d. Cir. 1996).


Date: FEB. 6, 2004

RESPECTFULLY SUBMITTED

_____

Luis Fernandez, Pro Se
M.W.C.I.
1153 East St. South
Suffield, CT 06080          5 of 6

# CERTIFICATION

This is to Certify that a Copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following defendants Attorney this 6th day of February, 2004:

Attorney Robert F. Vaccheli,
    Ass. Att. Gen.
    110 Sherman St,
    Hartford, CT 06105

Luis Fernandez
ID. 279900

6 of 6



# APPELLATE COURT

# STATE OF CONNECTICUT

AC 23097

STATE OF CONNECTICUT

v.

ONE THOUSAND NINE HUNDRED TEN DOLLARS

November 27, 2002

# O R D E R

PURSUANT TO THE APPELLATE COURT ORDER OF OCTOBER 10, 2002, ORDERING THE DISMISSAL OF THE ABOVE-CAPTIONED APPEAL UNLESS THE DEFENDANT'S BRIEF WAS FILED ON OR BEFORE NOVEMBER 12, 2002, AND AS OF THIS DATE, SAID BRIEF HAS NOT BEEN FILED, YOU ARE HEREBY ADVISED THAT THE APPEAL IS DISMISSED AS OF THIS DATE.

BY THE COURT,

*Cynthia M. Dworek*

ASSISTANT CLERK-APPELLATE

NOTICE SENT:   NOVEMBER 27, 2002
Office of the Chief State's Attorney
Luis Fernandez, pro se
Clerk, Superior Court, Danbury, CV 00 0341157S
Hon. James P. Ginocchio
PAC