UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 FEB 18 P 4:53

LUIS FERNANDEZ : PRISONER

VS. : CASE NO. 3:03CV583 (JCH)(HBF)

JOHN ARMSTRONG, ET AL :

FEB. 6, 2004

MOTION FOR RENEW JUDGEMENT ON RULING AND ORDER [DOC.#28]

PLAINTIFF, PRO SE REQUEST THE COURT TO REWNEW JUDGEMENT ON RULING AND ORDER [DOC.#28] WERE THE ESSENCE OF WHICH PROPERLY MAILED DOCUMENTS IS RECEIVED HAS BEEN PREVIOUSLY DETERMINED IN , **CAIDELL V. AMEND, 30 F.3d 1199(9 cir. 1994), HUSTON V. LACK, 487 U.S. 266, 101 led .2d, 245, 108 s.ct 2379(1988)**" prisoner's pro se motion for Judment N.O.V. was deemed filed on the date motion was placed in person's 'legal mail box', as opposed to date of its receipt by court clerk", see, attached and marked as exhibit "1" Proof of Service.

THE DEFENFDANTS FILED AN ANSWER DATING IT JANUARY 9, 2004, see attached and marked as exhibit "2" the same date in which the plaintiff had already mailed his ENTRY, MOTION FOR DEFAULT JUDGMENT, NOTICE AND AFFIDAVIT , citing **kerr v. charles f. vatterott & co., 184 f.3d 938(8 cir 1999)**, AND A C. COPY MAILED TO THE DEFENDANTS COUNSEL ROBERT F. VACCHELI, ASS.ATT.GEN., 110 SHERMAN ST., HARTFORD CT. 06105 , BY PLACING THEM IN A ENVELOPE AND PLACED THEM IN THE MAIN HALL LEGAL MAILBOX AT THE STATE D.O.C. CHESHIRE, CHESHIRE ON 1/9/04 WHERE DEFENDANTS FAILED TO RESPOND AND COMPLY WITH COURTS ORDERED AND RULE 16(B) F.R.C.P.

THE PLAINTIFF AS PRO SE LITIGANT HOLDS A DEGREE OF PROTECTION AND

THE INADEQUATE MAILING SYSTEM OF D.O.C CHESHIRE, CHESIRE, CT. SHULD NOT BE USED AGAINST HIM WERE AN INJUSTICE COULD RESULT DO TO SUCH CONSEQUESNCES OUT OF THE PLAINTIFF CONTROLS OR REACH.

WHEREFORE, THE PLAINTIFF REQUESTS THE COURT TO RENEW JUDGMENT ON RULING AND ORDER [DOC.#28] TO ENTER DEFAULT AGAINST THE DEFENDANTS FOR FAILURE TO PLEAD, GRANTED.

RESPECTFULLY SUBMITTED

_____
THE PLAINTIFF
LUIS FERNANDEZ
ID. 279900
M.W.C.I.
1153 EST ST. SOUTH,
SUFFIELD, CT. 06080

## CERTIFICATION

I THE PLAINTIFF HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO DEFENDANTS ATTORNEY THIS 9 DAY OF FEBRUARY, 2004:

ROBERT F. VACCHELI,
ASS.ATT.GEN.,
110 SHERMAN ST.,
HARTFORD, CT. 06105

_____
LUIS FERNANDEZ
THE PLAITIFF

Ex. 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

~~Copy~~

Luis Fernandez

v.

John Armstrong, et al

PRISONER
Case No. 3:03CV583
(JCH)(HBF)

January 9, 2004

## PROOF OF SERVICE

Luis Fernandez, states under the pains of perjury that a copy of the Entry, Motion for Default Judgment, Notice and Affidavit was mailed to defendants Counsel Robert F. Vaccheli, Ass. Att. Gen., 110 Sherman Street, Hartford, CT 06105 by placing them in an envelope and placed them in the main hall legal mailbox at the State D.O.C. Cheshire, Cheshire on January 9, 2004.

RESPECTFULLY SUBMITTED

Luis Fernandez
ID. 279900
900 Highland Ave.
Cheshire, CT 06410



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 20, 2004 |

## DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND NOTICE OF MOTION FOR JUDGMENT DATED JANUARY 9, 2004

The defendants, John Armstrong, et al., by and through their undersigned counsel, hereby oppose plaintiff's Request for Entry of Default and Notice of Motion for Judgment dated January 9, 2004, in the above case.

Plaintiff seeks a default and judgment for defendants' failure to plead in this case. However, under the First Scheduling Order, the defendants have until January 21, 2004, within which to plead. See Order, Attachment A. In fact, they filed an Answer in this case by pleading dated January 9, 2004.

Accordingly, we urge the court to deny plaintiff's Request and Notice of Motion.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of January, 2004:

Luis Fernandez, Inmate No. 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2

# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ :
                              : PRISONER
V.                            : DOCKET NO. 3:03CV583(JCH)(HBF)
JOHN ARMSTRONG, ET AL :

FILED
2003 DEC -2  P 3: 51
US DISTRICT COURT

### FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). The first appearance in this action was filed on **November 21, 2003**.

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 60 days of the date on which the appearance was filed. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. If either party determines that an early settlement conference would be beneficial in this case, he shall file a motion seeking a settlement conference within 90 days of the date on which the appearance was filed.

3. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within six months (180 days) of the date on which the appearance was filed. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within seven months (210 days) of the date on which the appearance was filed.

5. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this ___1___ day of __December__, 200_3_, at _____

_____
U.S. Magistrate Judge