UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | FEBRUARY 23, 2004 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR RENEW JUDGMENT ON RULING AND ORDER [DOC. # 28] DATED FEBRUARY 6, 2004

The defendants, John Armstrong, et al., by and through their undersigned counsel, hereby oppose plaintiff's Motion for Renew Judgment on Ruling and Order [DOC> # 28] dated February 6, 2004.

Plaintiff's pleading dated February 6, 2004, seeks a reconsideration of the court's order dated January 23, 2004, denying plaintiff's request for default and judgment against defendants for allegedly failing to plead, or a duplicate Motion for Default and Judgment for the same alleged failure to plead.  The trial court correctly ruled against plaintiff for the reasons stated.  Moreover, under the First Scheduling Order, the defendants had until January 21, 2004, within which to plead.  In fact, they filed an Answer in this case by pleading dated January 9, 2004 and, apparently, received by the court on January 12, 2004.

Accordingly, we urge the court to deny plaintiff's Motion.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23d day of February, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____
Robert F. Vacchelli
Assistant Attorney General

2