UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>NO. 3:03CV583(JCH)(HBF) |
| | : | |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 22, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Local Rule 7(b), Rules of the United States District Court for the District of Connecticut, respectfully request a 30 day extension of time, to an including April 26, 2004, within which to respond to plaintiff's Request for Production of Documents dated February 27, 2004, in the above case.

The additional time is needed to review the materials and prepare a response.

This is the defendants' first request with respect to this time limitation.  Plaintiff pro se inmate could not be reached in advance of this writing to ascertain his position with respect to this request.

Wherefore, the defendants request a 30 day extension of time, to and including April 26, 2004, within which to respond to plaintiff's Request for Production of Documents, in the above case.

**ORAL ARGUMENT NOT REQUESTED**

                    DEFENDANTS,
                    John Armstrong, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

                    BY:   /s/
                    Robert F. Vacchelli
                    Assistant Attorney General
                    Federal Bar No. ct05222
                    110 Sherman Street
                    Hartford, CT  06105
                    Telephone No. (860) 808-5450
                    Fax No. (860) 808-5591
                    E-Mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of March, 2004:

Luis Fernandez # 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                    /s/
                    Robert F. Vacchelli
                    Assistant Attorney General