44

**FILED**

2004 MAR 23 P 2: 54

UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT BRIDGEPORT. CONN

LUIS FERNANDEZ                     :       PRISONER
                                   :       NO. 3:03CV583(JCH)(HBF)

          VS.                      :

                                   :

JOHN ARMSTRONG, ET AL.             :       MARCH 22, 2004

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The defendants, John Armstrong, et al., by and through their undersigned counsel and

pursuant to Local Rule 7(b), Rules of the United States District Court for the District of

Connecticut, respectfully request a 30 day extension of time, to an including April 26, 2004,

within which to respond to plaintiff's Request for Production of Documents dated February 27,

2004, in the above case.

The additional time is needed to review the materials and prepare a response.

This is the defendants' first request with respect to this time limitation.  Plaintiff pro se

inmate could not be reached in advance of this writing to ascertain his position with respect to

this request.

Wherefore, the defendants request a 30 day extension of time, to and including April 26,

2004, within which to respond to plaintiff's Request for Production of Documents, in the above

case.

**ORAL ARGUMENT NOT REQUESTED**

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ Deputy Clerk

FILED
2004 MAR 24 PM 5: ??
U.S. DISTRICT COURT
BRIDGEPORT. CONN