## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 29, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Rule 56, F.R.Civ.P., respectfully move the Court to render summary judgment in their favor for the reason there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law because:

1. The Eleventh Amendment bars this action against the defendants in their official capacities.

2. The State is not a "person" subject to liability under 42 U.S.C. § 1983.

3. Plaintiff's request for injunctive relief is moot.

4. The Amended Complaint fails to state a claim upon which relief can be granted.

5. The plaintiff has failed to demonstrate personal participation or responsibility.

6. The defendants are protected by their qualified immunity.

7. The Court should decline to accept jurisdiction over any state law claims in this case.

**ORAL ARGUMENT NOT REQUESTED**

In support thereof, the defendants submit the attached Statement of Material Facts, Affidavits and Exhibits and Memorandum.

>                    DEFENDANTS
>                    John Armstrong, et al.
>
>                    RICHARD BLUMENTHAL
>                    ATTORNEY GENERAL
>
>
> BY:   /s/
>                    Robert F. Vacchelli
>                    Assistant Attorney General
>                    110 Sherman Street
>                    Hartford, CT 06105
>                    Federal Bar #ct05222
>                    E-Mail: robert.vacchelli@po.state.ct.us
>                    Tel.: (860) 808-5450
>                    Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

>           /s/
>     Robert F. Vacchelli
>     Assistant Attorney General

2