A.D. 10.18, Food Services - Prepared for signature 4/13/99 – effective 5/17/99

1.   <u>Policy</u>.  Department facilities shall serve nutritious meals in a cost effective manner while maintaining high levels of security, safety and sanitation.  The quality of food services shall be maintained at the highest level and subject to an inspection and reporting program.

2.   <u>Authority and Reference</u>.

   A.   Connecticut General Statutes, Sections 18-81 and 19a-36.
   B.   Regulations of Connecticut State Agencies, Section 19-13-B42.
   C.   Public Health Code Regulations, Sections 19-13-B42 and 19-13-B77.
   D.   American Correctional Association, Standards for Administration of Correctional Agencies, Second Edition, April 1993, Standard 2-CO-4C-01.
   E.   American Correctional Association, Standards for Adult Local Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-2E-06 through 3-ALDF-2E-08, 3-ALDF-4C-01 through 3-ALDF-4C-08.
   F.   American Correctional Association, Standards for Adult Correctional Institutions, Third Edition, January 1990, Standards 3-4294 through 3-4309.
   G.   American Correctional Association, Correctional Standards Supplement, January 1998, Standards 3-4306 and 3-ALDF-4C-4C.

3.   <u>Definitions</u>.  For the purposes stated herein, the following definitions apply:

   A.   <u>Common Fare</u>.  A diet which meets all nutritional requirements and reasonably accommodate recognized religious dietary restrictions.
   B.   <u>Master Menu</u>.  A 28 day menu cycle set up to meet or exceed the Recommended Dietary Allowance (RDA) for kilocalories, protein, carbohydrate, potassium, iron, vitamin A, vitamin C, vitamin D, thiamin, riboflavin, niacin, folate, vitamin B-12 and calcium for all populations assessed.
   C.   <u>Registered Dietician</u>.  A person who meets requirements for membership in the American Dietetic Association, has successfully completed the examination for registration and maintains continuing education requirements.
   D.   <u>Therapeutic Diet</u>.  A diet specially prescribed by a physician for medical reasons.

4.   <u>Administrative Responsibilities</u>.

   A.   <u>Director of Food Services</u>.  The Director of Food Services shall develop, coordinate and audit the food service function for the Department, and shall provide technical supervision to each facility.  The Director of Food Services shall directly supervise the Food Production Manager and District Managers.
   B.   <u>District Food Service Manager</u>.  The district managers shall supervise and oversee the facilities assigned, conduct quarterly Food Service Audits, Quarterly Inventory Audits, review all facility purchase, monitor and schedule training for staff, conduct counseling and disciplinary action, monitor and maintain a reasonable food cost, oversee the Food Service staff and staff cost, maintain cleanliness and sanitation, shall complete any necessary reports, implement the master menu and therapeutic diets.  The District Managers report to the Director of Food Services, and consult with the Complex Wardens on matters pertaining to the facility food service functions and shall report through the chain of command on matters pertaining to the daily food service operation.
   C.   <u>Production Manager</u>.  The manager shall supervise the daily

1

operation of the production kitchen, overseeing the food and operational cost, shall monitor and maintain equipment (preventative maintenance), shall maintain cleanliness and sanitation, shall oversee the training of staff, shall complete any necessary reports, shall consult with the Director of Food Service on matters pertaining to the food service function and shall report through the chain of command on matters pertaining to the daily food service operation.

D.  Lead Supervisors.  Each facility with on-site food preparation shall have a Food Service Supervisor who shall supervise the food service operation of the facility.  They will be responsible for the daily operation of the facility's kitchen and all related reports, (food cost, etc.).

5.  Menu Planning.

A.  Master Menu.  The Master Menu is developed by the Production Manager with the input from the District Managers and Lead Food Service Supervisors.  The Master Menu shall be approved by the Director of Food Services and a Registered Dietitian.

B.  Master Menu Planning Criteria.  The production kitchen shall prepare menus considering nutritional adequacy, inmate preferences, costs, physical lay out, cost equipment and staff complement, variety in method of preparation and frequency and other relevant factors to good dietary practice. Preparation shall consider food flavor, texture, temperature, appearance, and palatability.

C.  Common Fare.  Each facility shall establish a common fare program. The program shall accommodate an inmate who has religious dietary needs which cannot be met with the Master Menu.  The Common Fare Menu shall be a 28 day menu cycle determined to be nutritionally adequate.  Each facility shall establish policies and procedures regarding the application for and removal from the common fare program, inmates in special housing, hospital, record keeping costs and program assessment.

D.  Menu Adjustments.  Each facility must have approval for any adjustments to the Master Menu from the Director of Food Services. All food preparation must follow standard recipes as developed by the Director of Food Services.

6.  Security.  The food preparation, serving, and dining areas shall be maintained at a high level of security. Staff shall be trained in security regulations prior to assignment.

7.  Cycle Menu.  The Department shall operate on a four (4) week cycle menu which shall be distributed eight (8) weeks in advance of actual use to facilitate the ordering of food and supplies and to assure a continuity of supplies.

8.  Therapeutic Diets.  The Therapeutic Dietary requirements as prescribed by the facility physician shall be produced according to the Therapeutic Diet Master Production Manual.

9.  Sanitation.  Food preparation, serving and dining areas shall be maintained at a high level of cleanliness and inspected for cleanliness before and after each meal.  Persons involved in food preparation and serving shall maintain a high level of personal cleanliness, wear protective gear over the head and hands, be trained in appropriate sanitary regulations prior to assignment, and wash their hands at the start of each shift, throughout the shift as needed and upon any use of toilet facilities.

10.  Food Service Requirements.  Food service requirements shall be followed

2

in accordance with the Public Health Code. Portion controls shall be according to the Master Menu requirements. The time and temperature differences between food preparation and service shall be kept within the guidelines for safe food handling procedures in accordance with the Food Service Audit, Attachment A. All inmates shall be served the regular menu with the only exceptions being those authorized for therapeutic diets or common fare menu. Except for emergencies or as approved in writing by the Deputy Commissioner of Facility Operations, three (3) meals shall be served in each 24 hour period of which at least one (1) meal shall contain a hot entree. Not more than 14 hours shall elapse between the evening meal and breakfast.

11. <u>Meal Records</u>. Upon the conclusion of each meal, the Food Service Report to the Warden, Attachment B, shall be submitted to the Unit Administrator. The Food Service Worksheet, Attachment C, shall be used to maintain accurate records of all meals served and production needs. The Lead Food Service Supervisors shall assume the responsibility of assuring that the Food Service Worksheet, Attachment C, is properly prepared and recorded. The Food Service Quality Assurance form, Attachment D, shall be completed and transmitted via facsimile machine to the Deputy Commissioner of Facility Operations for each meal.

12. <u>Food Service Audits</u>. The District Food Service Manager shall perform a quarterly food service audit at each facility assigned to the manager. The food service audit shall include the following audit sections: dining area, service lines, production areas, food storage, dishwashing, menus and administration. The Facility Administrator in conjunction with the Lead Food Service Supervisor shall be responsible for correcting any deficiencies noted in the audit.

13. <u>Formal Inspections</u>. Food service personnel shall conduct weekly inspections of dining halls, kitchens, bakeries, and storerooms for compliance with all sanitary and safety food service requirements in accordance with the Food Service Audit, Attachment A. The Facility Administrator or designee shall conduct monthly inspections of all food service areas in accordance with the Food Service Audit, Attachment A.

14. <u>Inventory Control</u>. The Lead Food Service Supervisor will maintain and monitor a food inventory necessary for the daily operation of the food service department. Once a month, an inventory will be conducted and accumulation of receipts tallied to derive a food cost. Requisition forms shall be completed to assure accountability of food leaving the kitchen, aside from the normal use for production. Cost shall be derived as follows: Beginning Inventory + Month Receipts – Requisition Forms – Ending Inventory divided by Inmate Population (meal days) = Actual Meal Cost Per Inmate.

15. <u>Exceptions</u>. Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.

ATTACHMENT C
FOOD SERVICE WORK SHEET

Weather_____                        Date_____

| | | MENU | QTY TO PREPARE | FOOD TEMP. | INSTRUCTIONS | LEFT OVER Disposition | SHORT Substitution | INSPECTION & REMARKS |
|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | Storehouse |
| R | | | | | | | | Refrigerators |
| E | | | | | | | | Prep Area |
| A | | | | | | | | Scullery |
| K | | | | | | | | Dining Rooms |
| F | | | | | | | | Staff Dining |
| A | | | | | | | | Dishwasher |
| S | | | | | | | | Wash    Rinse |
| T | | | | | | | | |
| | | | | | | | | Duty Chef |
| L | | | | | | | | |
| U | | | | | | | | |
| N | | | | | | | | |
| C | | | | | | | | |
| H | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Duty Chef |
| D | | | | | | | | |
| I | | | | | | | | |
| N | | | | | | | | |
| N | | | | | | | | |
| E | | | | | | | | |
| R | | | | | | | | |
| | | | | | | | | Duty Chef |

Actual # Served:

Breakfast_____
Lunch_____
Dinner_____

REV 3/3/99

ATTACHMENT B

FOOD SERVICE REPORT TO THE WARDEN

FACILITY _____    DATE _____

MEAL:    _____Breakfast        _____Lunch        _____Dinner

FOOD ITEMS SERVED:

NOTE ANY MENU DEVIATIONS:

|  | EXCELLENT | GOOD | AVERAGE | POOR |
|---|---|---|---|---|
| FOOD QUANTITY |  |  |  |  |
| FOOD QUALITY |  |  |  |  |
| FOOD TEMPERATURE |  |  |  |  |
| FOOD APPEARANCE/TEXTURE |  |  |  |  |
| FOOD TASTE/PALATABILITY |  |  |  |  |
| CLEANLINESS OF DINNERWARE |  |  |  |  |
| CLEANLINESS/APPEARANCE OF SERVERS |  |  |  |  |

COMMENTS ON THE MEAL:

SIGNATURE _____    TITLE _____

REV 3/3/99

6

A.D. 10.18
4/16/99

**ATTACHMENT D**
**FOOD SERVICE QUALITY ASSURANCE**
**PRODUCTION KITCHEN ITEMS**

TO:   Deputy Commissioner Matos                          Page 1 of_____

FROM:   _____CFSSII   _____CI
DATE:   _____

MEAL:      B    L    D                              CYCLE 1   2   3   4

PRODUCT #1_____
          Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                              CYCLE 1   2   3   4

PRODUCT #2_____
          Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                              CYCLE 1   2   3   4

PRODUCT #3_____
          Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                              CYCLE 1   2   3   4

PRODUCT #4_____
          Excellent   Good   Satisfactory   Unsatisfactory

COMMENTS:
_____
_____
_____

FAX completed form to 860.692.7873 on a daily basis.  If no Production Items
were used, please note.

ATTACHMENT D
A.D. 10.18

DATE: _____          PAGE ____ of ____

MEAL:      B    L    D                                CYCLE 1  2  3  4

PRODUCT #5_____
          **Excellent   Good   Satisfactory   Unsatisfactory**

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                                CYCLE 1  2  3  4

PRODUCT #6_____
          **Excellent   Good   Satisfactory   Unsatisfactory**

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                                CYCLE 1  2  3  4

PRODUCT #7_____
          **Excellent   Good   Satisfactory   Unsatisfactory**

COMMENTS:
_____
_____
_____

MEAL:      B    L    D                                CYCLE 1  2  3  4

PRODUCT #8_____
          **Excellent   Good   Satisfactory   Unsatisfactory**

COMMENTS:
_____
_____
_____

**FAX completed form to 860.692.7873 on a daily basis.  If no Production Items were used, please note.**