A.D. 3.8, Commissary
Prepared for signature 1/29/02 – effective 2/8/02

1. **Policy**.  The Department of Correction shall provide commissary services through the Correctional Revolving Fund for each of its correctional facilities.

2. **Authority and Reference**.

    A.  Connecticut General Statutes, Sections 4-52 through 4-57 and 18-81.
    B.  State of Connecticut, Office of State Comptroller, Accounting Division, Institutional Activity and Institutional Welfare Funds, October 1996.
    C.  American Correctional Association, Standards for Adult Correctional Institutions, Third Edition, January 1990, Standards 3-4042 and 3-4043.
    D.  American Correctional Association, Standards for Adult Detention Facilities, Third Edition, March 1991, Standards 3-ALDF-1B-16 and 3-ALDF-1B-17.
    E.  American Correctional Association, Standards for Administration of Correctional Agencies, Second Edition, April 1993, Standards 2-CO-1B-12 and 2-CO-1B-13.
    F.  Connecticut Department of Correction Administrative Directives 6.6, Reporting of Incidents, 6.10, Inmate Property; 7.1, Key and Tool Control; 9.4, Restrictive Status; 10.1, Inmate Assignment and Pay Plan; and 10.14, Recreation and Leisure Time Activities.

3. **Definitions**.  For the purposes stated herein, the following definitions apply:

    A.  **Commissary Order Form**.  A ~~check~~ list of products authorized for purchase by inmates in a facility.
    B.  **Consolidated Commissary**.  A Commissary within a specific geographic area.
    C.  **Correctional Commissary Manager**.  A staff member responsible for all operations in a consolidated commissary.
    D.  **Correctional Commissary Officer**.  An employee of the who is responsible for a portion of the daily operation of a consolidated commissary and who supervises inmates.
    E.  **Director of Fiscal Services**.  The employee responsible for all fiscal services agency wide.
    F.  **Gross Profit Analysis Report**.  A report that represents computed sales and recorded sales that is used to indicate inventory difference.
    G.  **Lead Commissary Operator**.  A staff member responsible for line supervision in a consolidated commissary.
    H.  **Manager of Commissary Services**.  The employee responsible for the coordination, supervision, monitoring and profitability of the Department's commissary activities.
    I.  **Manager of Fiscal Field Services**.  The employee reporting directly to the Director of Fiscal Services responsible for Commissary, Warehouse, Inmate Accounts and Inventory agency wide.
    J.  **Standard Commissary List**.  The list of items that have been approved for sale within the Department's Commissaries.  Items shall be categorized by security level and gender.  All items shall be made available in all facilities of a common security

            level and with a common inmate gender.
- K. <u>Substantial Inventory Loss</u>. Any loss of an individual item or group of items with a retail value of .25 percent (1/4 of 1%) or greater of gross monthly sales within an inventory period.

4. <u>Commissary Operations</u>. The Manager of Commissary Services, under the authority of the Director of Fiscal Services, shall promulgate and update as necessary a standardized list of authorized commissary items, ensure system compliance with this Directive, ensure compliance with the Standard Commissary List, and shall monitor inventory control and required fiscal procedures.

   Items may be added to or deleted from the Standard Commissary List with the authorization of the Director of Fiscal Services or the Deputy Commissioner of Operations.

   The Correctional Commissary Manager shall be responsible for the fiscal operation of a Consolidated Commissary within a specific geographic area, to include: operational compliance; system of commissary delivery; audit and review of commissary operation; inventory purchase, control, rotation and sales; charges to inmate accounts; sanitation and safety.

   The Lead Warden shall ensure proper security and logistical support for local commissary operations. Each Correctional Commissary Manager, with the knowledge and support of the Unit Administrator, shall establish: a commissary delivery schedule which shall ensure commissary services for the inmate population weekly; procedures for inmate ordering and delivery of commissary items through the use of an approved Commissary Order Form in accordance with Section 10 of this Directive.

   All Commissary operations and activity, in the event of a facility lock-down, shall be halted at the facility involved. Commissary operations shall resume a normal schedule when the lock-down situation has ended. The Unit Administrator and the Manager of Commissary Services shall determine the revised schedule, with consideration to the scheduled deliveries of the remainder of the facilities served by the Consolidated Commissary.

   In the event that a facility providing inmate labor to the Consolidated Commissary is locked down, the Lead Warden shall be responsible for providing adequate assistance in order to maintain and operate the Commissary for other facilities serviced within the geographical area.

5. <u>General Principals</u>.

   - A. All products sold through the commissary shall be in accordance with the Standard Commissary List.
   - B. All products or services sold to inmates shall be through the commissary, except as specifically approved by the Deputy Commissioner of Operations for any inmate service organization/club.
   - C. Hobby craft purchases and sales shall be in accordance with scheduled activities sanctioned in compliance with Administrative Directive 10.14, Recreation and Leisure Time Activities.
   - D. No employee shall sell items to an inmate or benefit from any sales to an inmate.

6.  **Commissary Storage and Distribution**. The Lead Warden shall ensure adequate space is provided to store commissary inventory and/or to distribute individual commissary orders. Such areas shall be maintained in a clean and orderly manner, and Commissary staff shall be allowed reasonable and timely access to loading dock areas.

7.  **Commissary Security**. The commissary area shall be secured at all times. Access shall be limited to Commissary staff assigned to pick up and deliver bagged commissary, persons within the Fiscal Services chain of command, the Unit Administrator or higher authority, and assigned inmates under direct staff supervision.

    Commissary keys shall be designated as "Restricted Keys" in accordance with Administrative Directive 7.1, Key and Tool Control.

8.  **Inmate Workers**. Inmate workers may be utilized only to stock shelves, fill and verify orders, load and unload trucks, maintain sanitation and perform required maintenance under the direct supervision of authorized personnel. Inmate workers shall be paid in accordance with Administrative Directive 10.1, Inmate Assignment and Pay Plan.

    No personal property, to include commissary items, shall be brought into the commissary area by an inmate.

    The Commissary Operator shall be responsible for training inmate workers. Termination of assigned inmates shall be in accordance with Administrative Directive 10.1, Inmate Assignment and Pay Plan.

    Inmate workers shall not be left unattended in the commissary and shall not be allowed access to any other inmate's financial data or commissary inventory records. An inmate worker shall be frisk searched by commissary staff upon entering and exiting the secured commissary area.

9.  **Commissary Order Form**. The Correctional Commissary Manager shall make available a Commissary Order Form for each inmate. The Unit Administrator and the Commissary staff shall be responsible for proper distribution of the Commissary Order Form to the inmate population.

    The Commissary Order Form shall, at a minimum, contain an area for the inmate to complete which identifies the name of the facility, current date, inmate name/number, housing location, and the commissary item(s) and quantity requested. The inmate shall sign and date the Commissary Order Form prior to submitting the form.

10. **Commissary Purchases**. Commissary purchases shall normally be made through the use of the Commissary Order Form. Employees shall not be permitted to make purchases from the commissary or otherwise consume or use any commissary merchandise.

11. **Disbursements**. An inmate may not make purchases in excess of the current available balance. All funds shall be deducted automatically through the computerized system at the time of sale.

12. **Weekly Spending Limit**. The spending limit allowed per inmate shall be $50.00 per week. This amount does not include major purchase items such

        as televisions, radios, clothing, watches and other electronics, footwear religious items and audio cassette tapes.  These items shall be requisitioned and approved on a separate order form.  Under no circumstances shall credit be allowed to an inmate.

        For those inmates in Administrative Segregation Phases one (1) through three (3), Punitive Segregation, Administrative Detention, or Transfer Detention, the spending limit shall be in accordance with Administrative Directive 9.4, Restrictive Status.

13. **Merchandise Quantity Limits**.  Limits on the quantity of commissary purchases shall be in accordance with Administrative Directive 6.10, Inmate Property.  Any other limits on items shall be made at the discretion of the Manager of Commissary Services only with the authorization of the Manager of Fiscal Field Services and the Director of Fiscal Services.

14. **Inventory Control**.  Each commissary shall maintain an active inventory of each item listed on the Commissary Order Form as required by the Manager of Commissary Services.  Inventory, other than major purchase items, shall be in sufficient quantities to meet routine commissary orders.  Major purchase items may be purchased on an anticipated need basis or upon order by an inmate.  The Commissary staff shall conduct a full physical inventory of the commissary each month and report the results to the Accounting Unit.

    All inventories shall be safeguarded and accounted for from receipt to sale and delivery.  All stock merchandise received from a vendor shall be inspected, counted and signed for.  No damaged goods shall be accepted from the vendor and shortages shall be noted on the invoice and reported to the vendor.  Receiving documents shall be marked to note any discrepancies and signed by the deliverer.  Receiving documents, invoices, bill of lading, packing lists and other related documents shall be forwarded to the Accounting Unit within one (1) business day.

15. **Inventory Loss**.  When the physical inventory of the commissary reflects a substantial inventory loss, an incident report, specifying the missing items and amounts, shall be filed by the Correctional Commissary Manager in accordance with Administrative Directive 6.6, Reporting of Incidents.  Copies of all incident reports must be forwarded to the Manager of Commissary Services, the Manager of Fiscal Field Services, the Director of Fiscal Services, and the Lead Warden.  If the loss is due to the lack of a secure environment; is the result of known theft by staff of inmate or if the loss has occurred at an institution, then a copy must also be forwarded to the Security Division.

    A. **Correctional Commissary Manager Responsibilities**.  When the physical inventory of the Commissary reflects a Substantial Inventory Loss, a second inventory must be conducted within three (3) working days.  The Manager of Commissary Services shall work with the Lead Warden and Unit Administrator to ensure proper compliance with all aspects of inventory control to prevent further losses.

    B. **Manager of Commissary Services Responsibilities**.  When the physical inventory of the Commissary reflects a Substantial Inventory Loss, as shown on the Gross Profit Analysis Report, the Manager of Commissary Services shall be required to forward a

    report to the Manager of Fiscal Field Services and the Director of Fiscal Services. The narrative shall address the following issues:
    1. steps taken to investigate the loss;
    2. circumstances surrounding the loss; and
    3. steps taken to prevent future loss.

  The Manager of Commissary Services must submit to the State Comptroller's Office and Auditors of Public Accounts a copy of Report of Loss or Damage to Real and Personal Property Form CO-853, Attachment B, in accordance with Administrative Directive 6.6, Reporting of Incidents. A copy of this report shall be forwarded to the Manager of Fiscal Field Services and the Director of Fiscal Services and shall also be maintained in the Consolidated Commissary for future review. Failure to report Substantial Inventory Loss may result in disciplinary action. This report shall be done quarterly and only when the losses are not recovered.

  After reviewing the narrative report, the Director of Fiscal Services may order further investigation.

16. <u>Inmate Merchandise Return Policy.</u> All merchandise accepted for return from an inmate must meet the following criteria: the merchandise was delivered in error; the merchandise was damaged upon receipt; the inmate has been relocated; or the inmate has refused the entire delivery.

  Credits and/or exchanges shall not be granted after an inmate has reviewed and signed for receipt of merchandise. Returned merchandise is annotated on the sales receipt by the Commissary Officer attempting delivery.

  All electronic appliances that malfunction within seven (7) days after delivery will be replaced without additional charge. After seven (7) days appliances must be repaired under warranty, as applicable, in accordance with the manufacturer's warranty instructions. Each Consolidated Commissary shall have a written, published policy for electronic appliance repair that is consistent with this section of the Directive.

  In the case of known product defects, Commissary will follow the vendor's return policy for said product. That item(s) will be replaced by the vendor with an acceptable alternative within a reasonable time, as determined by the Manager of Commissary Services.

17. <u>Pricing</u>. All merchandise sold in the commissary shall be marked up 30 percent (30%). The mark up shall be calculated by multiplying the purchase cost of each item by 1.30. Fractions shall be rounded to the next highest cent level. Sales tax shall be applied to all taxable items, as determined by the Department of Revenue Services, after the mark-up has been determined.

18. <u>Clothing Items</u>. All clothing items sold in the commissary shall be in accordance with Administrative Directive 6.10 Inmate Property.

19. <u>Permanent Marking</u>. Commissary items which require permanent marking shall be in accordance with Administrative Directive 6.10, Inmate Property.

20. **Reports**.  The Balance Sheet and the Gross Profit Analysis Report shall be prepared by the Accounting Unit and reviewed each month by the Manager of Commissary Services.  After such review, the report shall be forwarded to the Manager of Fiscal Field Services and the Director of Fiscal Services.  Reports shall be prepared using information from the computerized Point of Sale System, the State Agency Automated Accounting System (SAAAS) and accounting software.

21. **Exceptions**.  Any exception to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.