UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 29, 2004 |

### DEFENDANTS' LOCAL RULE 56(a)(1) STATEMENT

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Local Rule 56(a)(1), Rules of the United States District Court for the District of Connecticut, submit the following statement of material facts as to which there is no genuine issue to be tried.

1. The plaintiff is an inmate of the Connecticut Department of Correction, MacDougall-Walker Correctional Institution in Suffield, Connecticut, currently serving twenty year and eight year sentences for drug convictions. See Aff. of Major Hall, para. 3.

2. The defendants were, at various times referenced in the plaintiff's complaint, employed by the Connecticut Department of Correction in various positions. Plaintiff's Amended Complaint, pp. 2-6; Answer, Parties, para. 2.

3. During the time periods referenced in the plaintiff's Amended Complaint, and particularly in the time period July to December, 2002, the plaintiff was a frequent user of the Resource Center at the Cheshire Correctional Institution in Cheshire, Connecticut, where he was incarcerated as a sentenced inmate. Aff. of Major Hall, para. 4; Aff. of Candace Hall, para. 7.

4. The Resource Center was located in a room inside of the prison and it contained a small collection of general reference materials, including some law books of statutes and cases.

It also had some fiction and non-fiction materials, newspapers and magazines. It also held between 4 to 7 operating electric typewriters, a photocopy machine, and tables and chairs accommodating about 22 patrons. Aff. of Candace Hall, para. 3.

5. In the time period referenced in plaintiff's Amended Complaint, due to limited space, inmates were allowed to attend the Resource Center off a waiting list system so as to give as many as possible with an interest the opportunity to use the Resource Center. Aff. of Candace Hall, para. 4.

6. To gain access, inmates would submit written requests and, on the days or times of day when their unit was eligible to use the Resource Center, their names would be taken from the waiting list. Plaintiff's housing unit typically was eligible to use the Resource Center 4 days per week. The defendant Candace Hall would administer this process with the cooperation of custody staff. Aff. of Candace Hall, para. 5.

7. After using the Resource Center, an inmate could submit another request, but his name would go to the bottom of the waiting list. Exceptions were made for bona-fide, documented emergencies. Aff. of Candace Hall, para. 6.

8. The typewriters located in the Resource Center were also available for inmates to use, again on a first-come, first-serve basis. Plaintiff could use the typewriters whenever he was in the Resource Center if it was not being used by another inmate. Typewriters were also available in other parts of the prison from time to time for inmate use. Aff. of Candace Hall, para. 8.

9. Plaintiff signed up to use the Resource Center as often as he could and the defendant Hall approved his access and use of typewriters as often as she could, and she

recollects seeing him about every week, often several times a week.  Aff. of Candace Hall, para. 7.

10.  The Resource Center also had a photocopy machine available for copying material from inmates. Aff. of Candace Hall, para. 9.  Plaintiff's material was copied and mailed in accordance with DOC Directive 3.10, 10.7 and 6.10.  Aff. of Major Hall, paras. 5-8.

11.  Plaintiff filed many grievances on these points and others, and his grievances were ruled upon.  Aff. of Major Hall, para. 9.

12.  The case which plaintiff alleges was dismissed due to his lack of resources was an asset forfeiture case.  See Court Records, State of Connecticut v. One Thousand Nine Hundred Ten Dollars, No. CV-00-0341157 app. dismissed No. A.C. 23097.  Exhibit H.

13.  In Connecticut, there is an Inmate Legal Assistance Program ("LAP") which provides civil legal assistance to inmates in all DOC facilities.  Conn. Gen. Stat. § 18-81; DOC Directive 10.3, Exhibit I.  A true copy of the State's contract with LAP is attached in Exhibit J.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   /s/
       Robert F. Vacchelli
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct05222
       E-Mail:  robert.vacchelli@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                                               /s/
                                                  Robert F. Vacchelli
                                                  Assistant Attorney General