FILED

2004 MAR 30 P 3: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 29 2004 |

### AFFIDAVIT OF CANDACE HALL

State of Connecticut    )
                       ) ss: Hartford        March 25, 2004
County of Hartford     )

The undersigned, Candace Hall, being duly sworn, deposes and says:

1. I am the former librarian of the Resource Center at the Cheshire Correctional Institution in Cheshire, Connecticut and I am a named defendant in the above referenced case.

2. I was working as the librarian at the Cheshire Correctional Institution during the times in 2002 referenced in the plaintiff's Amended Complaint as an employee of the Connecticut Department of Correction.

3. At the times referenced in the plaintiff's Amended Complaint, the Resource Center was located in a room inside of the prison, and it contained a small collection of general reference materials, including some law books of statutes and cases, and some fiction and non-fiction materials and some newspapers and magazines. It also held between 4 to 7 operating electric typewriters, a photocopy machine available for authorized photocopies, and tables and chairs accommodating about 22 patrons.

4. In this time period, due to the limited space, inmates were allowed to attend the Resource Center upon submission of a written request so as to give as many as possible with an interest the opportunity to use the Resource Center. Their names would be put on a waiting list.

5. To gain access, inmates would submit written requests and, on the days or times of day when their unit was eligible to use the Resource Center, their names would be taken from the waiting list. Plaintiff's housing unit typically was eligible to use the Resource Center 4 days per week. I would administer this process with the cooperation of custody staff.

6. After using the Resource Center, an inmate could submit another request, but his name would go to the bottom of the waiting list. Exceptions were made for bona-fide, documented emergencies.

7. I remember plaintiff as a frequent patron of the Resource Center who would sign up to use the facility as often as he could, and I would approve his access as often as I could. During the time periods in 2002 mentioned in his Amended Complaint, he was in about every week and often several times a week In addition, he was also permitted to visit the Resource Center for approved photocopies. All documents proving his attendance could not be located, but several collected for me showing his attendance in the time period are attached in Exhibit A.

8. The typewriters located in the Resource Center were also available for inmates to use, again on a first-come, first-serve basis. Plaintiff could use the typewriter whenever he was in the Resource Center if it was not being used by another inmate. I believe that typewriters may also have been available for inmate use in other parts of the facility from time to time. I remember seeing plaintiff use the typewriter, but I do not have records documenting his use.

9. The Resource Center also had a photocopy machine. Plaintiff could get copies of his legal materials made if he had sufficient money in his inmate account to pay for the copies at twenty-five cents per page, and he could get copies at no charge if approved by the Unit Administrator or designee under the indigency waiver pursuant to DOC Directives. I also remember plaintiff availing himself of this service frequently.

Dated at Hartford, Connecticut, this 25th day of March, 2004.

_____
Candace Hall

Subscribed and sworn to before me this 25th day of March, 2004.

_____
Commissioner of Superior Court
~~Notary Public~~

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

4