# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 29 2004 |

## AFFIDAVIT OF MAJOR JONATHAN HALL

State of Connecticut   )
                       ) ss:  Cheshire         March 24, 2004
County of New Haven    )

The undersigned, Major Jonathan Hall, being duly sworn, deposes and says:

1. I am a Major in the Connecticut Department of Correction assigned to the Cheshire Correctional Institution in Cheshire, Connecticut and I am a named defendant in the above referenced case.

2. As a Major, I am familiar with the records and practices of the Department of Correction and the Cheshire Correctional Institution and, at the request of the Office of the Attorney General, I have had my staff collect records responsive to the issues in the above case.

3. The plaintiff, Luis Fernandez, was, during the times referenced in his Amended Complaint in the above case, a sentenced inmate at the Cheshire Correctional Institution. On January 20, 2004, he was moved to the MacDougall-Walker Correctional Institution in Suffield,

Connecticut. He is serving 20 year and 8 year sentences for drug convictions. See Movement Records; Mittimus, Exhibit B.

4. During the time periods referenced in the plaintiff's complaint, and particularly in the time period July to December, 2002, Mr. Fernandez was a frequent user of the Resource Center at the Cheshire Correctional Institution. See Affidavit of Candace Hall.

5. During this time period, the Directives of the Department of Correction provided that inmates were required to pay for photocopies at twenty-five cents per page, and were required to pay postage on their mailings. Indigent inmates were eligible for a minimum number of free mailings plus additional free correspondence to courts as reasonably needed, and free photocopies. DOC Directive 3.10(8). Exhibit C; DOC Directive 10.7(4)(D), Exhibit D.

6. An indigent inmate is one who has less than $5.00 in his or her inmate account at admission, or whose account has not exceeded $5.00 for the previous 90 days. DOC Directive 6.10(3)(C), Exhibit E.

7. Plaintiff was not eligible for free photocopies or postage until after August 8, 2002, due to the fact that he had funds in his inmate account in excess of the level required for indigency status. Inmate Account Records, Exhibit F.

8. Records of the Department of Correction show that plaintiff was able to get photocopies and mail items, provided that he paid for it, before he was indigent, and that afterwards, he was able to obtain copies and postage without cost pursuant to DOC Directives. See Records, Exhibit G.

9. Records of the Department of Correction also show plaintiff filed grievances on these points and others, and that his grievances were ruled upon. Exhibit G.

Dated at Cheshire, Connecticut, this 24th day of March, 2004.

_____
Major Jonathan Hall

Subscribed and sworn to before me this 24 day of March, 2004.

_____
Commissioner of Superior Court
Notary Public

GREGORY J. PETERS
NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 30, 2005

3

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

4