## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  |  | PRISONER |
| LUIS FERNANDEZ | : | CIVIL NO. 3:03CV583 (JCH)(HBF) |
|  |  |  |
| v. | : |  |
|  |  |  |
| JOHN ARMSTRONG, ET AL. | : | MARCH 29, 2004 |

### NOTICE OF MANUAL FILING

　　　Please take notice that defendants, John Armstrong, et al., have manually filed the following documents:

1. Attachment A - Defendants' Memo in Support of Motion for Summary Judgment (Vincenzo v Inglis, B-89-083(WWE) and Saia v. Bronson, et al., B-89-084 (WWE) - Recommended Ruling on Motion for Summary Judgment, dated July 12, 1991 – U.S. Magistrate Judge Thomas P. Smith)

2. Attachment G - Defendants' Memorandum in Support of Motion for Summary Judgment (Cunningham v. United States, et al., N-87-567 (WWE) Ruling on Motions to Dismiss, dated August 26, 1988 – Warren W. Eginton, U.S.D.J.)

3. Exhibits H and I – Defendants' Local Rule 56(a)(1) Statement

4. Affidavit of Candace Hall and Exhibit A

5. Affidavit of Major Jonathan Hall and Exhibits B, F and G

These document have not been filed electronically because

[ X ]　the documents cannot be converted to an electronic format
[   ]　the electronic file size of the document exceeds 1.5 megabytes
[   ]　the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]　Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                                  DEFENDANTS
                                                  John Armstrong, et al.

                                                  RICHARD BLUMENTHAL
                                                  ATTORNEY GENERAL

                          BY:    /s/_____
                                                  Robert F. Vacchelli
                                                  Assistant Attorney General
                                                  110 Sherman Street
                                                  Hartford, CT  06105
                                                  Federal Bar #ct05222
                                                  E-Mail:  robert.vacchelli@po.state.ct.us
                                                  Tel.: (860) 808-5450
                                                  Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                                                         /s/_____
                                                                     Robert F. Vacchelli
                                                                     Assistant Attorney General