UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez :  
  : FILED PRISONER
  : 2004 MAR 30 P 3:11
V. : CASE NO. 3:03CV583
  : U.S. DISTRICT COURT (JCH)(HBF)
  : BRIDGEPORT, CONN.

John Armstrong, et al : March 25, 2004

## PLAINTIFF REPLY TO DEFENDANT'S MOTION FOR EXTENSION OF TIME DATED MARCH 22, 2004.

The plaintiff, in good faith consents to defendant's Motion for Extension of time dated March 22, 2004, to and including April 26, 2004, within which to respond to plaintiff's Request for Production of Documents dated February 27, 2004, in the above case. But in Addition, the plaintiff reminds the defendants of the already submitted First REQUEST FOR ADMISSIONS pursuant under Rule 36, F.R.C.P. date March 9, 2004 which should be complied within 30 days.

Wherefore, the plaintiff in good faith consents to the 30 days Extension of time, to and including April 26, 2004, within to respond while reminding the defendants of their obligations to comply with the submitted First Request for Admission pursuant under Rule 36, F.R.C.P.

1 of 2

ORAL ARGUMENT NOT REQUESTED

RESPECTFULLY SUBMITTED

_____
Luis Fernandez  Pro se
ID. 279900
M.W.C.I.,
1153 East street south,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendant's Attorney on this 25 day of March, 2004.

Attorney,
Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman street,
Hartford, CT 06105

_____
Luis Fernandez
Pro Se