U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| LUIS FERNANDEZ   FILED | 3:03 CV583 (JCH)(HBF) |
| DEFENDANT | TYPE OF PROCESS |
| John J. Armstrong, et al   2004 MAR 31 A 8:54 | Summons & Complaint |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MR. Bartholomew   U.S. DISTRICT COURT BRIDGEPORT, CONN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 900 Highland Ave, Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave,
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual / Official Cap. I.F.P.
Works as Major officer At Cheshire D.O.C., 900 Highland Ave, Cheshire, CT 06410 Tel: (203) 250-2600
Alternative Address: leave a true and attested copy to serve Summons and Complaint with the Attorney General at his office 55 Elm St, Hartford, CT 06106

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 10-29-03 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.I.W. | 2/9/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Linda Harper AA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 3-17-04 | 3:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| LuiS FernanDez | 3:03CV583 (JCH)(HBF) |
| DEFENDANT | TYPE OF PROCESS |
| Johu J. Amstrong, et al. | SUMMONS And ComplAint |

FILED

2004 MAR 31 A 8:54

U.S. DISTRICT COURT
BRIDGEPORT. CONN

**SERVE** ➧ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MR. RicHARD Brozozucss

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 900 highland Ave, Cheshire

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| LuiS Fernandez # 279900<br>CHeshire C.I.,<br>900 highland Ave.,<br>CHesHire, CT 06410 | Number of process to be served with this Form - 285 — 1 |
| | Number of parties to be served in this case — 15 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

IndividuAl / official cAp. I I.F.P.
WORKs As CounseloR At CHesHire D.O.C. 900 highland Ave, Cheshire, CT. 06410. Tel:(203)(250-2600)
AlternAtive Address: LeAve A true And Attested copy to serve the Summons And Complaint with the Att. General At his office 55 Elm St, Hartford CT. 06106

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>10-29-03 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Qu. l. W. | 2/9/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Linda Harpor   AA | | |
| Address (complete only if different than shown above) | Date of Service 3-17-04 | Time 3:00 pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | 43 | |

REMARKS:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Luis Fernandez    FILED | COURT CASE NUMBER 3:03CV583 (JCH)(HBF) |
| DEFENDANT John J. Armstrong  2004 MAR 3 A 8:54 | TYPE OF PROCESS Summons & Complaint |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Farrell    U.S. DISTRICT COURT
BRIDGEPORT CONN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT   900 Highland Ave., Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 Highland Ave.,
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual / Official Cap. / I.F.P.
Works as Major Officer at Cheshire D.O.C., 900 Highland Ave, Cheshire, CT 06410 Tel: (203)250-2600
Alternative Address: Leave a true and Attested copy to serve Summons and Complaint with the Attorney General at his office 55 Elm St., Hartford, CT 06106

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER    DATE 10-29-03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | W.I.W. | 2/9/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)    Linda Harper

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 3/7/04 | 3:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | 45.00 | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Luis Fernandez | COURT CASE NUMBER 3:03CV583(JCH)(HBF) |
|---|---|

FILED

| DEFENDANT John J. Armstrong, et Al | TYPE OF PROCESS Summons And Complaint |
|---|---|

2004 MAR 31 A 8:34

U.S. DISTRICT COURT
BRIDGEPORT. CONN

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MR. Gallick

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 900 highland Ave, Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Luis Fernandez #271900<br>Cheshire C.I.<br>900 highland Ave,<br>Cheshire, CT 06410 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual ~~Official Cap.~~ / I.F.P.
Works As ~~Correctional~~ Counselor At Cheshire D.O.C., 900 highland Ave, Cheshire, CT 06410 Tel (203)250-2600. Alternative Address: to leave a true and Attested Copy to serve the Summons And Complaint with the Attorney General At his office, 55 Elm St, Hartford, CT 06106

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE 10-29-03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.L.W. | Date 2/9/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Linda Harper AA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 3-17-04 | Time 3:00 pm |
| | Signature of U.S. Marshal or Deputy A-1 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez | 3:03CV583(JCH)(HBF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John J. Armstrong, et Al. | Summons & Complaint |

FILED 2004 MAR 31 A 8:50 U.S. DISTRICT COURT BRIDGEPORT, CONN

**SERVE** ➡️ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Hall

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

900 highland Ave, Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez # 277900
Cheshire C.I.
900 highland Ave.,
Cheshire, CT 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual / Official / I.T.P.
Works As Major officer At Cheshire D.O.C., 900 highland Ave., Cheshire, CT 06410 Tel (203) 250-2600
Alternative Address: to leave a true and Attested copy to serve the Summons and Complaint with the Attorney General At his office, 55 Elm St., Hartford, CT 06106

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10-29-03 |
|---|---|---|

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | AIW | 3/9/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Linda Harper    AA | |

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 3-17-04 | 3:00 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | | |

REMARKS:

---

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez            FILED | 3:03CV583(JCH)(HBF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John J. Armstrong et al   2004 MAR 31  A 8:54 | Summons And Complaint |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms Halleran            U.S. DISTRICT COURT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) BRIDGEPORT, CONN

AT  900 highland Ave, Cheshire, CT 06410

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Luis Fernandez #279900 Cheshire C.I. 900 highland Ave Cheshire, CT 06410 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 15 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold
Individual / official cap. | I.F.P.
Works As Counselor At Cheshire D.O.C., 900 highland Ave, Cheshire, CT 06410
Tel: (203) 250-2600
Alternative Address: leave A true and Attested copy to serve summons and Complaint with the Attorney General At his office 55 Elm St, Hartford, CT 06106
Fold

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 10-29-03 |

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.I.W. | 2/9/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Linda Harper          AA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 3-17-04 | 3:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | | |

REMARKS:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez | 3:03CV583(JCH)(HBF) |

FILED

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John J. Armstrong, et al | 2004 MAR 31 A 8:54 |

Summons & Complaint

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Hannah

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 900 highland Ave., Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C. I.
900 highland Ave,
Cheshire, CT 06410

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual / official cap. I.F.P.
works as Unit Manager / Counselor supervisor at Cheshire D.O.C., 900 highland Ave,
Cheshire, CT 06410  Tel (203)250-2600
Alternative Address: to leave a true and attested copy to serve the summons and
complaint with the Attorney General at his office, 55 Elm St., Hartford, CT 06106

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10-29-03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.I.W. | 2/9/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Harper AA

| ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 3-17-04 | 3:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | | |

REMARKS:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | | | |
|---|---|---|---|
| PLAINTIFF Luis Fernandez | FILED | | COURT CASE NUMBER 3:03CV583(JcH)(HBF) |
| DEFENDANT John J. Armstrong | 2004 MAR 31  A 8:54 | | TYPE OF PROCESS Summons & Complaint |

SERVE → { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MR. Knight       U.S. DISTRICT COURT BRIDGEPORT. CONN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT { 900 highland Ave., Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Luis Fernandez # 279900 <br> Cheshire C.I., <br> 900 highland Ave., <br> Cheshire, CT 06410 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **15** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold ~~Individual / official cap.~~ / I.F.P.        Fold
Works As Unit Manager (Captain) At Cheshire D.O.C., 900 highland Ave,
Cheshire, CT 06410  Tel: (203) 250-2600.
Alternative Address: Leave A true And Attested Copy to serve Summons And Complaint
with the Attorney General At his office, 55 Elm St, Hartford, CT 06106

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10-29-03 |
|---|---|---|---|

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.I.W. | 2/9/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | |
|---|---|---|
| Linda Harpor         AA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |

| Address (complete only if different than shown above) | Date of Service 3-17-04 | Time 3:00 ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 415 | | | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Fernandez | 3:03CV583(JCH)(HBF) |

DEFENDANT: John J. Armstrong, et al

TYPE OF PROCESS: Summons & Complaint

FILED 2004 MAR 31 A 8:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Roby

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 900 highland Ave., Cheshire, CT 06410

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Fernandez #279900
Cheshire C.I.
900 highland Ave.,
Cheshire, CT 06410

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 15
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual [Official cap. I.F.P. Works as Correctional officer / Lieutenant at Cheshire D.O.C., 900 highland Ave, Cheshire, CT 06410 Tel (203) 250-2600 Alternative Address: to leave a true and Attested Copy to serve the Summons and Complaint with the Attorney General at his office, 55 elm St, Hartford, CT 06106

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 10-29-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Harper Admin. Assist.
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-17-04  Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 45 | | | |

REMARKS: