UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ           :      PRISONER

V.                       :      Case. 3:03CV583(JCH)
                                (HBF)

JOHN ARMSTRONG, et al    :      April 16, 2004

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Request this Court to denied the defendants' Motion for Summary Judgment. The plaintiff disagrees with defendant's Allegations of fact, the plaintiff evidence contradics the defendants Allegations and the evidence the plaintiff relys' on would be sufficient to support a verdict in plaintiff favor.

1. The eleventh Amendment <u>does not</u> bar either injunctive or damage suits against individual officials or prison employees. <u>Citing</u>. <u>Spicer v. Hilton</u>, 618 F.2d 232, 237 (3d Cir. 1980). Also, eleventh Amendment <u>does not</u> bar this Action against the defendants in their official capacities for violation of Prison regulations which weigh against immunity.

2. Prospective Relief are not suits against the state permits the use of § 1983 when such Relief is sought.

1 of 3

3. The Court may also grant injunctive relief if a real and immediate threat exists that the plaintiff will be the victim of an unconstitutional action.

4. The plaintiff has exhausted administration remedies in the complaint stated claims upon which relief may be granted.

5. The defendants participation or responsibility are demostrated in interference with access to the courts.

6. The defendants qualified immunity is inapplicable in this case.

7. The District Court has jurisdiction in this case.

In support thereof, the Plaintiff has submitted opposing statement disputing major facts, affidavits and exhibits and brief.

RESPECTFULLY SUBMITTED

Luis Fernandez Pro Se
M.W.C.I.
1153 East Street South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following defendants Attorney on this 16 day of April, 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman Str.
Hartford, CT 06105

Luis Fernandez
Pro Se