UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez
Pro se

FILED    PRISONER
Case : 3:03 CV 583
2004 OCT 14 P 4:39    (JCH) (HBF)
U.S. DISTRICT COURT

Oct. 11, 2004

V.

John Armstrong, et al

## MOTION FOR EXCEPTION

NOW Comes, the plaintiff understands the standards for Pro se Complaints are held to less strigent standards, Hugh V. Poe, 453 F.2d 1471, Viewed without regard for technicalities. Citing Jones V. Rundle, 453 F.2d 147, were the plaintiff Luis Fernandez files this Motion for Exception since Luis Fernandez pleaded pro se for the protection of his civil Rights, this pleading must be Viewed "without regard for technicalities" Pro se less stringent standards than formal pleadings drafted by lawyers. see (Haines V. Kerner) 92.

RESPECTFULLY SUB.,

Luis Fernandez    Pro se
1153 east st. south,
suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was Mailed to the following defendants Attorney on this 11 day of Oct. 2004.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St,
Hartford, CT 06105

Luis Fernandez
Pro Se