## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : |  |
| MONICA RINALDI, ET AL. | : | OCTOBER 21, 2004 |

## DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR EXCEPTION

By pleading dated October 11, 2004 titled Motion for Exception, plaintiff asks this court to view his complaint without regard for technicalities. Defendants urge the court to deny the request.

That pro se complaints should be read with leniency is well established in the law and the application of this rule does not require motion by plaintiff. However, this rule does not excuse a pro se inmate plaintiff from stating a claim upon which relief can be granted. Hughes v. Rowe, 449 U.S. 5, 9 (1980). Accordingly, we urge the court to deny the motion.

                        DEFENDANTS
                        John Armstrong, et al.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY: _____/s/_____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct05222
      E-Mail: robert.vacchelli@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of October, 2004:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General