UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS FERNANDEZ : | |
| : | PRISONER |
| v. : | Case No. 3:03CV583(JCH)(HBF) |
| : | |
| JOHN J. ARMSTRONG, et al. : | |

RULING AND ORDER

Plaintiff has filed a motion entitled "Motion for Exception" in which he asks the court to review his papers without regard for technicalities. Defendants oppose the motion on the ground that a liberal reading of his papers does not relieve plaintiff from the requirement that he state a claim upon which relief may be granted.

The court liberally construes all papers submitted by pro se litigants and does not hold them to the same standard as a trained attorney. See Haines v. Kerner, 404 U.S. 519, 520 (1972). This practice, however, does not relieve plaintiff from the requirement that his complaint must state a claim upon which relief may be granted and that he must respond to all motions in accordance with the federal rules of practice and notices issued by the court.

Plaintiff's Motion for Exception [**doc. #61**] is **GRANTED** to the extent that the court will construe plaintiff's papers

liberally, just as it does all papers submitted by pro se litigants.

**SO ORDERED.**

Entered this <u>9th</u> day of November, 2004, at Bridgeport, Connecticut.

```
                            /s/
                    _____
                    HOLLY B. FITZSIMMONS
                    UNITED STATES MAGISTRATE JUDGE
```