UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez          :       PRISONER
                                Civil No. 3:03CV583
V.                      :       (JCH)(HBF)

John Armstrong, et al   :       Nov. 12, 2004

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION IN REPLY

The plaintiff pro-se holding to "less-stringent standards than formal pleading drafted by lawyers"; Citing Hughes V. Rowe 449 U.S. 5, 101 S.Ct. 173 (1980), opposes to defendants MEMORANDUM in Response to plaintiff's MOTION FOR EXCEPTION.

The defendant MEMORANDUM only disputs the requirement to respond to the Pro-Se pleading or risk that it may be granted absent objection, again failing to provide this honorable Court a reason to dispute the plaintiff MOTION FOR EXCEPTION.

## ARGUMENT

It's Fact, plaintiff pleading must be viewed without regard for technicalities in this case and

1 of 2

is fact, plaintiff as Pro-Se litigant to be Afforded highest degree of protection fundamentally established statutory Right by law, where the MOTION FOR EXCEPTION should be granted in absent of a disputable reason.

## Conclusion

Wherefore this honorable Court accordingly should deny or overrule defendants objection and opposition as without merit and grant plaintiff Motion for Exception.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez  Pro Se
M.C.I.
1153 east st. south,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was/has been mailed to the following defendants Attorney on this 12 day of Nov. 2004.

Robert F. Vacchelli,
110 Sherman St.,
Hartford, CT 06105

_____
Luis Fernandez
Pro-Se

2 of 2