UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

v.

PRISONER
CIVIL NO. 3:03cv583 (JCH)(HBF)

JOHN J. ARMSTRONG
HECTOR RODRIGUEZ
FELICIANO
AHMED
CANDACE HALL
HANNAH
ROBY
GALLICK
KNIGHT
MUNIZ
HALL
R. BROZOZWSKI
BARTHOLOMEW
BETH HALLERAN
FARRELL

J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motions and all the related papers. On December 7, 2004, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting defendants' motion and directing the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 8th day of December, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____