UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER<br>CIVIL NO. 3:03CV583 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 12, 2005 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DISQUALIFICATION

By pleading dated December 17, 2004, received January 7, 2005, titled "Motion for Disqualification of U.S.D. Janet C. Hall", plaintiff objects to Judge Hall's continued participation in this case following her disclosure, on May 7, 2004, that her husband, an attorney, was representing former Governor Rowland in an unrelated state court case. Judge Hall declined to recuse herself from the case, finding no justification for doing so. See Disclosure Notice, Docket No. 60, Attachment A. We urge the court to deny the Motion because it is moot.

This case was decided on December 7, 2004. See Ruling, Docket No. 68, Attachment B. Judgment was entered on December 8, 2004, for all defendants. See Judgment, Docket No. 69, Attachment C. The time within which to appeal has expired. Rule 4(a)(1), F. R. App. P. This case is over. The motion is moot. Even if it was not moot, it would be untimely. Plaintiff cannot "lie in wait, raising the recusal issue after learning the court's ruling on the merits." Hardy v. U.S., 878 F.2d 94, 97 (2nd Cir. 1989) (quotation and citation omitted).

Wherefore, we urge the court to deny the motion.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of January, 2005:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General