FORM 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 JAN 18 P 3:52
U.S. DISTRICT COURT
BRIDGEPORT CONN

Luis Fernandez

v.

John Armstrong, et al

CIVIL CASE NO. 3:03 CV 583 (JCH)(HBF)

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Luis Fernandez__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Luis Fernandez__ desires to appeal
(appealing party)
the judgment in this action entered on __12/9/04__, but failed to file a notice of appeal within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

The plaintiff is awaiting on rulings for Motion's for clerical error, date Dec. 18, 2004, Motion for Appointment of counsel date 12/18/04 and Motion for Disqualification of Judge Janet C. Hall date Dec. 17, 2004

Signature
Luis Fernandez Pro-Se #279900
Print Name

1153 East Street South,
Suffield, CT 06080
Address

Date: 1/6/05

Telephone Number

Note: You may file this form, together with a copy of Form 1.[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.