UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez         : FILED PRISONER
                         2005 JAN 28 P. 4:30  3 CV 583
V.                       U.S. DISTRICT COURT (JCH)(HBF)
                         BRIDGEPORT, CONN

John J. Armstrong, et al : Jan. 20, 2005

## PROOF OF SERVICE

Luis Fernandez, plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers"; while viewed without regard for technicalities Citing Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980); Haines V. Kerner, 404 U.S. 519, 92 S.Ct. 594 (1972), states under the penalty of perjury that he mailed a copy of the plaintiff Motion for clerical errors in Judgments, orders, or other parts of the record date Dec. 18, 2004 and Plaintiff Refile Motion for Appointment of Counsel date Dec. 18, 2004 to defendants Counsel Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105 by placing them in an envelope and placed them in the main hall legal mailbox at the state Prison M.C.I. Suffield, CT on Dec. 18, 2004, where Prisoner's Pro-se Motion's are deemed filed on date motions was placed in Prison's "legal mailbox", as opposed to date of its' receipt by Court Clerk. Citing Huston

1 of 2

v. Lack, 487 U.S. 266, 101 L.Ed 2d. 245, 108 S.Ct. 2379 (1988); Caidell v. Amend, 30 F.3d 1199 (9th Cir. 1994).

Respectfully Submitted,

_____
Luis Fernandez Pro-se
M.C.I.
1153 east st. south,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that A copy of the foregoing was mailed to the following defendants Attorney on this 20 day of Jan. 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

_____
Luis Fernandez
Pro-se