UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez        :        **FILED**
                                PRISONER
V.                    :        Case: 3:03CV583
                                2005 JAN 28 P 4:32
                                (U.S. DISTRICT COURT
John J. Armstrong, et al  :    BRIDGEPORT, CONN.)
                                Jan. 21, 2005

## PROOF OF SERVICE

Luis Fernandez, plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers," while viewed without regard for technicalities" Citing Hughes v. Rowe, 449 U.S. 5, 101 S.Ct 173 (1980); Haines v. Kerner, 404 U.S. 519, 92 S.Ct 594 (1972), states under the penalty of perjury that he mailed a copy of the plaintiff's OBJECTION TO DEFENDANTS MEMORANDUM IN OPPOSITION TO Plaintiff's MOTION FOR DISQUALIFICATION date 1/21/05 to defendants Counsel, Robert F. Vacchelli, 110 Sherman St, Hartford, CT 06105 by placing them in an envelope and placed them in the main hall legal mailbox at the state Prison M.C.I., Suffield, CT on Jan. 21, 2005, where Prisoner's Pro-se Motion's are deemed filed on date Motions was placed in Prison's "legal mailbox"; as opposed to date of its receipt by Court clerk. Citing Huston v. Lack, 487 U.S. 266, 101 L.Ed 2d 245, 108 S.Ct 2379 (1988); Cridell v. Anand, 30 F.3d 1199 (4th cir. 1994).

1 of 2

Respectfully Submitted,

Luis Fernandez Pro-se
ID. 279900
M.C.I.
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was mailed to the following defendants Attorney on this 21 day of Jan. 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-se