UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez          :

V.                      :     Case: 3:03CV583

John J. Armstrong, et al :    Jan. 21, 2005

FILED 2005 FEB -9
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DISQUALIFICATION

The plaintiff holding pleading pro-se litigant to be Afforded highest degree of protection fundamentally established statutory Right by law, viewed without Regard for technicalities and holding to "less-stringent standards than formal pleading drafted by lawyers." Citing in support Hughes V. Rowe, 449 U.S. 5, 101 S.Ct 173 (1980), objects to defendants Memorandum In opposition to Plaintiff's Motion for Disqualification of U.S.D. Janet C. Hall the defendants memorandum urging the Court to deny the Motion because "it is moot," disputing the Case decision on 12/7/04 entered on 12/9/04, the time of Appeal expiering and that even if it was not moot, it would be untimely. Citing Handey V. U.S., 878 F.2d 94, 97 (2nd Cir. 1989) where urging by the defendants to deny

1 of 4

the plaintiff pro-se motions to Disqualify is without merit.

## ARGUMENT

Its' fact, U.S.D. Janet C. Hall knows that her husband (spouse) residing in the Judge's household had been financial retained to represent former governor Rowland do to an arrest for domestic violence and now whom awaits on sentence for his criminal acts where defendants John J. Armstrong, et al as Prison officials and commissioner being under Governor Rowland authority at the time the plaintiff claims alleged and submitted original verified complaint has any other interest that could be substantially affected by the outcome of the proceeding which U.S.D. Janet C. Hall husband (spouse) is whowithin the third degree of relationship to either of the defendants John J. Armstrong, et al when representedling former Governor Rowland a "trustee" of the defendants J.J. Armstrong, et al where the U.S.D. Janet C. Hall impartiality is reasonably questioned under Canon 3(C)(1) and Canon 3(C)(1)(D)(i)(ii)(iii).

Also, based in fact, the plaintiff pro-se moved pursuant to Rule 60 F.R.C.P. within the 10 days of deciding of Dec. 7, 2007 and

2 of 4

Judgment entered on Dec. 9, 2005, See, Proof of service Attachment Ex. 1., which permits a Judgment, order or other parts of the record to be corrected or vacated under certain circumstances. Citing Eutectic Corp. v. Metco, Inc., 597 F.2d 32 (2d Cir. 1979); Also, see, D.C. Federation of Civic Associations v. Volpe, 520 F.2d 451 (D.C. Cir. 1975) (Party May move trial court to correct its own error before time for appeal has run), which in layman term's the case is not over nor it cannot be moot or untimely since the plaintiff motion for clerical errors in judgments, order, or other parts of the record and plaintiff refiled motion for appointment of counsel are to be heard, ordered or ruled as provided under F.R.C.P. in this district court, and pursuant to F.R.A.P. 4(A)(5) the plaintiff pro-se requested an extension of time to file a notice of appeal. see, Motion for an extension of time to file a notice of appeal Attached Ex. 2., while presiding U.S.D. Janet C. Hall who's judgments and ruling would be impartial or retalitory towards the plaintiff pro-se in this case against D.O.C. officials and (Ex) Commissioner where the interest of justice would be best served if the U.S.D. Janet C. Hall recuse herself without inquiring into the truth of the matter of fact

3 of 4

Avered. citing Johnson V. Mississippi, 403 U.S. 212 (1971); And WARD V. Village of MONROE Ville, 409 U.S. 57 (1972).

Wherefore, the plaintiff pro-se requests this district Court to deny or overrule defendants' Memorandum In opposition to Plaintiff's Motion For Disqualification As without Merit And Assign this Case to Another Judge of this Court or Another Court with Jurisdiction.

Respectfully Submitted,

_____
Luis Fernandez Pro-se
M.C.I.
1153 east st. south
suffield, CT 06080

### CERTIFICATION

I hereby Certify that A Copy of the foregoing was Mailed to the following defendants Attorney on this 21, day of JAN. 21, 2005

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

_____
Luis Fernandez
Pro-se

4 of 4



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez            :       Prisoner
                                  Case: 3:03CV583
v.                        :              (JCH)(HBF)

John J. Armstrong, et al  :       Jan. 20, 2005

## PROOF OF SERVICE

Luis Fernandez, plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers"; while viewed without regard for technicalities Citing Hughes v. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980); Haines v. Kerner, 404 U.S. 519, 92 S.Ct. 594 (1972), states under the penalty of perjury that he mailed a copy of the plaintiff Motion for clerical errors in Judgments, orders, or other parts of the record date Dec 18, 2004 and Plaintiff refile Motion for Appointment of Counsel date Dec 18, 2004 to defendants Counsel Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105 by placing them in an envelope and placed them in the main hall legal mailbox at the state Prison M.C.I Suffield, CT on Dec 18, 2004, where Prisoner's Pro-se Motion's are deemed filed on date Motions was placed in Prison's "legal Mailbox", as opposed to date of its' receipt by court clerk. Citing Houston

1 of 2

v. Lack, 487 U.S. 266, 101 L.Ed 2d. 245, 108 S.Ct. 2379 (1988); Caidell v. Amend, 30 F.3d 1199 (9th Cir. 1994).

Respectfully Submitted,

_____
Luis Fernandez Pro-se
M.C.I.
1153 east st. south,
Suffield, CT 06080

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following defendants Attorney on this 20 day of Jan 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

_____
Luis Fernandez
Pro-se

2 of 2



FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Luis Fernandez

v.   CIVIL CASE NO. 3:03 CV 583 (JCH)(HBF)

John Armstrong, et al

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Luis Fernandez__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Luis Fernandez__ desires to appeal
(appealing party)
the judgment in this action entered on __12/9/04__, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

The plaintiff is awaiting on ruling for Motion's for clerical error, date Dec. 18, 2004, Motion for Appointment of counsel date 12/18/04 And Motion for Disqualification of Judge Janet C. Hall date Dec. 17, 2004

Signature

Luis Fernandez Pro-se #279900
Print Name

1153 East Street South,
Suffield, CT 06080
Address

Date: 1/6/05

Telephone Number

Note: You may file this form, together with a copy of Form 1 (Notice of Appeal) if you are seeking to appeal a judgment and did not file a copy of Form 1 (Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.