# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez

V.

John J. Armstrong, et al.    :    Jan. 24, 2005

FILED PRISONER
Case: 3:03 CV 583 (JCH)(HBF)

2005 FEB 16 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## MOTION FOR CHANGE OF VENUE

Now Comes, plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers." citing Hughes V. Rowe, 449 U.S. 5, 101 S.ct. 178 (1980), Requests this Court to transfer this Action or proceeding to a district Court for Another district, in the interest of Justice and for the protection of the plaintiff Pro-se fundamental Right.

The Plaintiff Pro-se represents that:

1- The plaintiff is Pro-se in this Action and pursuant to local Civil Rule 7(A), A non-moving party must respond to a dispositive Motion within 21 days of the date the Motion was filed.

2- On January 12, 2005 defendants' Memorandum in opposition to Plaintiff's Motion For Disqualification

1 of 3

was dated filed and the Magistrate Judge (HBF) entered on 1/12/05 an order returning submission for Motion For Disqualification of US. District Judge Janet C. Hall submitted by the plaintiff pro-se on Dec. 17, 2004 as Judgment enetered and case closed on 12/8/04, which Magistrate Judge (HBF) did <u>not</u> Allowed the Plaintiff pro-se to response to defendants Memorandum dated 1/12/05 in violations of local Civil Rule 7(A).

3. The plaintiff pro-se fundamental Right protections and Viewes without regard of technical errors cannot be had in this district Court since the plaintiff pro-se is being held to stringent standards for the Motions submitted and circumstances of this case suggest that predicated acts of Abuse of discretion indicate threat of continuing if case is not transfered.

Wherefore, the plaintiff pro-se Moves that this Action be transfered to a district court for Another district, in the interest of Justice and protections of plaintiff Pro-se fundamental Right.

Respectfully Submitted,

_____
Luis Fernandez  Pro-se

2 of 3

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney on this 24 day of Jan. 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06080

_____
Luis Fernandez
Pro-Se

3 of 3