UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, Pro-se        :
                              :    CASE: 3:03 CV 583
V.                            :          (JCH)(HBF)
                              :
John J. Armstrong, et al      :    Jan 24, 2005

## PROOF OF SERVICE

Luis Fernandez, plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers," while viewed without regard for technicalities. Citing Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980); Haines V. Kerner, 404 U.S. 519, 92 S.Ct. 594 (1972), states under the penalty of perjury that he mailed a copy of the plaintiff Motion for Extension of Time to file a Notice of Appeal date 1/6/05 to defendants Counsel Robert F. Vacchelli, 110 Sherman St, Hartford CT, 06105 by placing them in an envelope and placed them in the main hall legal mailbox at the Unit-N of state Prison M.C.I, Suffield, CT on 1/6/05, where Prisoner's Pro-se Motion's are deemed filed on date motions was placed in prison's "legal mailbox" as opposed to date of its receipt by Court Clerk. Citing Huston V. lack, 487 U.S. 266, 101 L Ed 2d 245, 108 S.Ct. 2379 (1988); Caidell V. Anend, 30 F.3d 1199 (9th Cir. 1994).

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 24 day of Jan. 2005.

Robert F. Vaccchelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Lois Fernandez
Pro-se