UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, Pro-se  :  FILED PRISONER
  :  2005 FEB 23  A 8:58
  :  CASE: 3:03CV583(JCH)(HBF)
  :  U.S. DISTRICT COURT
  :  BRIDGEPORT, CONN.

V.  :

J.J. Armstrong, et al  :  Feb. 7, 2005

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Luis Fernandez pro-se pursuant to 28 U.S.C. § 1915 moves this Court for an order permitting him to proceed without prepayment of fees and costs or security for appeal. Plaintiff pro-se has attached a declaration and Trust Account statement in support of this motion.

Respectfully Submitted,

_____
Luis Fernandez, Pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney on this 7th day of Feb. 2005.
Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St, Hartford, CT 06105

_____
Luis Fernandez
Pro-se

1 of 1

12/15/2004 21:07 DEPARTMENT OF CORRECTIONS Page 1 of 5
WAMA115 CONNECTICUT DEPARTMENT OF CORRECTION OTRTASTA
TRUST ACCOUNT STATEMENT 4.10.0.0.9 TR

Case 3:03-cv-00583-JCH   Document 81   Filed 02/23/2005   Page 2 of 43

DOC: 0000279900   Name: FERNANDEZ, LUIS   DOB: 07/22/1976
LOCATION: 137-Q

Max Date:

ACCOUNT BALANCES  Total: 129.13   CURRENT: 129.13   HOLD: 0.00

|  | 06/15/2004 | 12/15/2004 |
|---|---|---|
| SUB ACCOUNT | START BALANCE | END BALANCE |
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| PLRA | 101.95 | 116.35 |
| SPENDABLE BALANCE | 13.21 | 12.78 |

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| OVOC | VOC. ED. FEE | 137 - 09/15/ | 0.00 | 3.00 |

TRANSACTION DESCRIPTIONS -- HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS -- PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/29/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.35 | 103.30 |
| 07/13/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 0.90 | 104.20 |
| 07/20/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.20 | 105.40 |
| 08/06/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 106.90 |
| 08/19/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 108.40 |
| 09/02/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 109.90 |
| 09/16/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 0.60 | 110.50 |
| 09/30/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 112.00 |
| 10/14/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 113.50 |
| 10/27/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.35 | 114.85 |
| 11/10/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | 1.50 | 116.35 |

TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/25/2004 | CRS | CRS SAL ORD #2529514 D1 | ( 12.82) | 0.39 |
| 06/29/2004 | DSP | M01 /STU  DSP /FUL  /Rg:1 5 @0.75  06/04/2004-06/10/2004 M01 /STU | 6.75 | 7.14 |
| 06/29/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.35) | 5.79 |
| 07/13/2004 | DSP | M01 /STU  DSP /FUL  /Rg:1 5 @0.75  06/18/2004-06/24/2004 M16 /VOG | 4.50 | 10.29 |
| 07/13/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 0.90) | 9.39 |

12/15/2004 21:07                DEPARTMENT OF CORRECTIONS                       Page 3 of 4
WAMA115                    CONNECTICUT DEPARTMENT OF CORRECTION          OTRTASTA
                             T R U S T    A C C O U N T    S T A T E M E N T     4.10.0.0.9 TR

Case 3:03-cv-00583-JCH   Document 81   Filed 02/23/2005   Page 3 of 4

DOC: 0000279900      Name: FERNANDEZ, LUIS

LOCATION: 137-Q                                                   DOB: 07/22/1976

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/20/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 0 @0.75 07/02/2004-07/08/2004 M01 /STU | 6.00 | 15.39 |
| 07/20/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.20) | 14.19 |
| 07/23/2004 | CRS | CRS SAL ORD #2581670 D1 | ( 8.40) | 5.79 |
| 08/06/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 07/16/2004-07/22/2004 M16 /VOG | 7.50 | 13.29 |
| 08/06/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 11.79 |
| 08/06/2004 | CRS | CRS SAL ORD #2606831 D1 | ( 9.36) | 2.43 |
| 08/19/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 07/30/2004-08/05/2004 M16 /VOG | 7.50 | 9.93 |
| 08/19/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 8.43 |
| 08/26/2004 | WPOS | Postage 137 | ( 3.95) | 4.48 |
| 08/27/2004 | CRS | CRS SAL ORD #2643363 D1 | ( 4.37) | 0.11 |
| 09/02/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 08/13/2004-08/19/2004 M16 /VOG | 7.50 | 7.61 |
| 09/02/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 6.11 |
| 09/10/2004 | CRS | CRS SAL ORD #2667683 D1 | ( 4.32) | 1.79 |
| 09/16/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 4 @0.75 08/27/2004-09/02/2004 M16 /VOG | 3.00 | 4.79 |
| 09/16/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 0.60) | 4.19 |
| 09/24/2004 | CRS | CRS SAL ORD #2692042 D1 | ( 2.23) | 1.96 |
| 09/30/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 09/10/2004-09/16/2004 M16 /VOG | 7.50 | 9.46 |
| 09/30/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 7.96 |
| 09/30/2004 | DED | DSP-PAY Deduction-OVOC-137 - 09/15/04 | ( 3.00) | 4.96 |
| 10/08/2004 | CRS | CRS SAL ORD #2718374 D1 | ( 2.13) | 2.83 |
| 10/14/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 09/24/2004-09/30/2004 M16 /VOG | 7.50 | 10.33 |
| 10/14/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 8.83 |
| 10/15/2004 | CRS | CRS SAL ORD #2729719 D1 | ( 0.97) | 7.86 |
| 10/22/2004 | CRS | CRS SAL ORD #2743511 D1 | ( 1.27) | 6.59 |
| 10/27/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 10/08/2004-10/14/2004 M16 /VOG | 6.75 | 13.34 |
| 10/27/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.35) | 11.99 |
| 10/29/2004 | CRS | CRS SAL ORD #2755329 D1 | ( 2.96) | 9.03 |
| 11/10/2004 | DSP | M16 /VOGM DSP /FUL /Rg:1 5 @0.75 10/22/2004-10/28/2004 | 7.50 | 16.53 |

```
WAMA115                  DEPARTMENT OF CORRECTIONS             OTRTASTA
              CONNECTICUT DEPARTMENT OF CORRECTION
              T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR
```

DOC: 0000279900    Name: FERNANDEZ, LUIS                    DOB: 07/22/1976
LOCATION: 137-Q

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | M16 /VOG | | |
| 11/10/2004 | DED | DSP-PAY Deduction-PLRA-11132001 | ( 1.50) | 15.03 |
| 11/24/2004 | CRS | CRS SAL ORD #2804537 D1 | ( 2.25) | 12.78 |
| 11/24/2004 | DSP | M16 /VOGM DSP /FUL  /Rg:1 0 @0.75  11/05/2004-11/11/2004 M16 /VOG | 0.00 | 12.78 |
| 12/02/2004 | CRS | CRS SAL ORD #2820018 D1 | ( 12.66) | 0.12 |
| 12/10/2004 | CEC | CEC SAL ORD #2820018 | 12.66 | 12.78 |
| 12/15/2004 | DSP | M16 /VOGM DSP /FUL  /Rg:1 0 @0.75  11/19/2004-11/25/2004 M16 /VOG | 0.00 | 12.78 |