UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro se :  FILED
                         :  Case: 3:03 CV583 (JCH)
V.                       :  (HBF)
                         :  2005 FEB 23 A 8:58
                         :  U.S. DISTRICT COURT
                         :  BRIDGEPORT, CONN
John J. Armstrong, et Al :  Feb. 7, 2005

## Proof of Service

Luis Fernandez, pro-se states under the penalty of perjury to the best of knowledge that he mailed a copy of the NOTICE OF APPEAL, Motion For leave to Proceed Informa Pauperis, Declaration In Support of Request to Proceed In forma Pauperis And order to defendants Attorney Robert F. Vacchelli, Ass. Att. Gen., 110 Sherman St., Hartford, CT 06105., by placing them in Unit-O mail box legal document in an envelope at the state Prison M.C.I., Suffield, Conn., on Feb. 7, 2005.

Respectfully Submitted,

Luis Fernandez - Pro-se
M.C.I,
1153 east st south,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby Certify that a copy of the foregoing was mailed to the following defendants Attorney on this 7 day of Feb. 7, 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman St,
Hartford, CT 06105

Lois Fernandez
Pro-Se