UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se    :

v.    :    Case. 3:03CV583(JCH)

J. J. Armstrong, et al    :    Feb. 7, 2005

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I Luis Fernandez, an the pro-se plaintiff in the above entitled case. In support of my motion to proceed without being required to pay the docket fee $250.00 plus $5.00 processing fee, to the Appeal Court or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that the district court having granted IN FORMA PAUPERIS (I.F.P.) on 2/20/03, am entitled to proceed for an appeal waiving all costs, fees or security.

I declare to the best of knowledge that the responses which I have made below are true.

1. I am not presently employed, I was in a vocational program on 11-25-04 earning about $7.50 every two weeks. See, (Attached Trust Account Statement).

1 of 3

2. No other source have I received any money.

3. I don't own any cash, money, checking nor saving account to the best of knowledge.

4. I don't own any real state, stocks, bonds, notes, Automoviles, or other valuable property to the best of knowledge.

5. To the best of knowledge no person is dependent for support from me.

I understand to the best of knowledge that this declaration will subject me to penalties of perjury.

Luis Fernandez
#279900
Pro-se

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge.

Signed this 7 day of Feb. 2005

Luis Fernandez

## CERTIFICATION

I hereby Certify that a Copy of the foregoing was Mailed to the following defendants Attorney on this 7 day of Feb. 2005.

Robert F. Vaccehelli,
Ass. Att. Gen.
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-Se

3 of 3