**FORM 1**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 FEB 23 A 8:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez pro-se

v.

John J. Armstrong, et.Al.

CIVIL CASE NO. 3:03CV583(JCH)(HBF)

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Luis Fernandez hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
Pursuant F.R.A.P. 4(A)(5) An Extension of time was filed for filing Notice of Appeal pending several motions on 1/6/05 were the 10 days after extension of time has not passed. It is require that the entire Record be on Appeal with Exhibits submitted. Plaintiff pro-se declaration In support of Request to proceed I.F.P. submitted with this Notice of Appeal. The Judgment was for defendants.

2. The Judgment /Order in this action was entered on 12/9/04.
(date)

_____
Signature

Luis Fernandez pro-se
Print Name

M.C.I., 1153 east st south, Suffield, CT 06080
Address

Date: 2/7/05

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).