# DISTRICT OF CONNECTICUT -  BRIDGEPORT
# NOTICE OF APPEAL COVER MEMO

DATE:   __February 28, 2005__          TO:     Intake Clerk

                                       FROM:   __Judith D. Fazekas (203) 579-5951__

CASE TITLE:          __Fernandez v. Armstrong, et al__

DOCKET NO.:          __3:03cv583(JCH)(HBF)__

NOTICE OF APPEAL:    filed: __February 23, 2005__

APPEAL FROM:         final judgment: ✔

                     interlocutory: __

                     other: __

DOCKET SHEET:        Attorney, updated address & phone number for each party __Y__

                     All parties are listed on Docket Sheet
                     (Including Third Parties) __Y__

                     All docket entries and dates are included __Y__

FEE STATUS:          Paid _____      Due __✔__      N/A _____

                     IFP revoked _____          Application Attached _____

                     IFP pending before district judge ____

COUNSEL:             CJA _____       Retained _____        Pro Se __✔__

TIME STATUS:         Timely _____    Out of Time __✔__

MOTION FOR
EXTENSION OF TIME:   Granted _____        Denied _____

COA:                 Granted _____        Denied _____

COMMENTS AND CORRECTIONS:

_____

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____  DATE: __3-7-05__
              DEPUTY CLERK, USCA

        USCA No. _____.