UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Luis Fernandez, Pro-Se    2005 MAR 14 P 4:34    Prisoner

Case: 3:03CV583 (JCH)(HBF)
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

V.

Feb. 26, 2005

John Armstrong, et Al    :

## PLAINTIFF's OBJECTION & RESPONSE TO DEFENDANTS MEMORANDUM IN RESPONSE TO PLAINTIFF's MOTION FOR CHANGE IN VENUE

Now Comes, plaintiff pro-se holding to "less stringent standards then formal pleading drafted by lawyers," Citing Hughes v. Rowe, 449 U.S. 5, 101 s.ct. 173 (1980), objects & Response to defendants Memorandum in Response to Plaintiff Motion for Change of Venue.

In fact, defendants don't dispute plaintiff pro-se protection fundment Right which Change of VENUE can be determine in this case-by-case basis. see 28 U.S.C. § 1404 (A) Transfers my be made in the interests of Justice or for the Convenience of the parties and witnesses. Where, in this case the Change of VENUE should Consider as well district Court Judge Janet C. Hall use of the discretional "power" when it has Already prejudear the plaintiff pro-se that such will

1 of 3

Affect further interest of justice in plaintiff remedies
Afforded by the law pursued.

Also, As the defendants Already informed the Court
the plaintiff's pro-se is currently an inmate or Prisoner
were the Prisoner Mailbox Rule should be Applyed As
pleadings timely submitted.

The district Courts Veuwe of plaintiff pro-se Motion
for Change of Venue should be without Regard
for technicalities and to less stringent standards
than formal pleadings drafted by lawyers, citing
Jones v. Rundle, 453 F.2d 147; Hugh v. Poe,
453 F.2d 1471.

Whorefore, plaintiff pro-se Responses for Change of Venue
Are relevant under 28 U.S.C. § 1404 (A) And
for the protection of plaintiff pro-se fundamental
Right.

Respectfully submitted,

Luis Fernandez
Pro-se  279200
M.C.I
1153 east st. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 26 day of Feb. 2005.


Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman st.,
Hartford, CT 06105


Luis Fernandez
ID# 279900