UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 10 P 4:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Luis Fernandez, pro-se      :   PRISONER
                            :   Case: 3:03 CV 583
V.                          :        (JCH)(HBF)
                            :
John J. Armstrong, et al    :   April 28, 2005

## MOTION FOR CORRECTION OF JUDGMENT

Now comes the plaintiff pro-se respectfully moves this court to correct the Judgment entered on Dkt. 46 dated 12/7/04 based on disclosed of undisclosed evidence which defendants J.J. Armstrong, et al failed to comply even after being requested.

As ground therefore:

The Court notes, Federal Rules of Civil Procedure Rule 26(A)(1) require an answering party to provide the other side, even without a discovery request with names, I.D. Address, etc., which defendants John J. Armstrong, et al failed to provide the second level Grievance Coordinators Santini and Cornacchia from Cheshire Dept. of Correctional as to obstruct plaintiff pro-se Civil Rights Complaint process

1 of 2

And presentation of facts by Keeping out the names, I.D. of the level Grievance Coordinators level 2 c/o SANTINI and CORNACCHIA in charge of Review, even after or during discovery Request by the plaintiff pro-se.

Wherefore, the plaintiff for these foregoing reasons Moves this Court to grant According and under Newly discovered or discovered of evidence Correcting the Judgment Entered ON DKT. NO. 46 dated 12/7/04 were defendants deliberately violated Rule 26 (A)(1) F.R.Civ.P. for failure to Comply with such Rule under Fed. Procedure.

Respectfully Submitted,

_____
Luis FERNANDEZ
Pro-se
115 3 east st south,
Suffield, CT 06080

### CERTIFICATION

I hereby Certify that A Copy of the foregoing was Mailed to the following defendants Attorney on this 28 day of April, 2005.
Robert F. VACCHELLI,
Ass ATT GEN.
110 sherman st,
Hartford, CT 06105

Luis FERNANDEZ
Pro-se

2 of 2

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket No(s): **05-1163 PR**

Motion for: **Appointment of Counsel on Appeal**

Set forth precise, complete statement of relief sought:
**Pursuant to Rule 29 F.R.Civ.P. were exceptional circumstances exist for the consideration of Appointment of Counsel As to comply as well with Rule 28.**

Caption [use short title]:

**FERNANDEZ,**

**v.**

**ARMSTRONG, et al**

MOVING PARTY: **Luis Fernandez**
☒ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: **John J. Armstrong, et al**

MOVING ATTORNEY: **Luis Fernandez**
[name of attorney, with firm, address, phone number and e-mail]
**1153 East St South, Suffield, CT 06080**

OPPOSING ATTORNEY [Name]: **Robert F. Vacchelli**
[name of attorney, with firm, address, phone number and e-mail]
**110 Sherman St., Hartford, CT 06105**

Court-Judge/Agency appealed from: **District Court (New Haven) J. Janet C. Hall**

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?    ☐ Yes    ☒ No
B. been obtained?   ☐ Yes    ☒ No

Is oral argument requested?    ☐ Yes    ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes    ☒ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?    ☐ Yes    ☐ No

Has this relief been previously sought
in this Court?    ☐ Yes    ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney:
_____    Date: **4/28/05**

Has service been effected?    ☐ Yes    ☐ No
[Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED.**

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (Revised 10/31/02).