UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se

V.

J.J. Armstrong, et al

FILED
2005 AUG 24 A 9:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER
Case: 3:03CV583 (JCH)(HBF)

Date: 8/15/05

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Luis Fernandez, pro-se has been granted permission to proceed in forma pauperis (I.F.P.) in the district Court entered on 5/1/03 (doc.# 1-1), which for this reason request this Court for an order permitting him to proceed without prepayment of fees and costs or security for an Appeal. Plaintiff has Attached a declaration in support of this Motion.

Respectfully Submitted,

Luis Fernandez, pro-se
1153 East St. South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 15 day of August, 2005.

Robert F. Vacchelli,
110 Sherman St.,
Hartford, CT 06105

Luis Fernandez
Pro-se

2 of 2

# United States District Court

## DISTRICT OF _____

Plaintiff
Luis Fernandez

v.

John J. Armstrong
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**PRISONER**

CASE NUMBER: 3:03CV583(JCH)

FILED 2003 APR P 12:53

I, Luis Fernandez _____ declare that I am the (check appropriate box

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Cheshire D.O.C.

   Are you employed at the institution? ✓ Do you receive any payment from the institution? $5.25

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months transactions.

   Currently employed?   ☒ Yes   ☐ No

   answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $5.25 weekly at Cheshire D.O.C
   _ highland Ave. Cheshire, CT 06410

   answer is "No" state the date of your last employment, the amount of your take-home salary o ges and pay period and the name and address of your last employer.

   ast 12 twelve months have your received any money from any of the following sources?

   siness, profession or other self-employment          ☐ Yes   ☒ No
   nt payments, interest or dividends                    ☐ Yes   ☒ No
   nsions, annuities or life insurance payments          ☐ Yes   ☒ No
   sability or workers compensation payments             ☐ Yes   ☒ No
   ts or inheritances                                    ☐ Yes   ☒ No
   y other sources                                       ☐ Yes   ☒ No

   nswer to any of the above is "Yes" describe each source of money and state the amount received an ou expect you will continue to receive.

Motion GRANTED. It is So Ordered.
Holly B. Fitzsimmons, USMJ
Date 5/1/2003