UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se        :    PRISONER

V.                            :    Case: 3:03 CV 583
                                    (JCH) (HBF)

J.J. Armstrong, et al         :    Date: 8/15/05

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I Luis Fernandez, am the plaintiff pro-se in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security for an appeal, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security for an appeal and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. I am not presently employed. My last salary pay was about $7.25 for school/vocational programs every other week. Approx. January, 2005.

2. I have not recieve any money for the past twelve months from any source.

1 of 2

3. I do not own any moneys or savings in a checking account to the best of knowledge.

4. I do not own any real state, stocks, bonds, notes, automoviles, or other valuable property.

5. I do not know of a person or that any persons depends upon me for support to the best of knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge.

Respectfully Submitted,

Luis Fernandez, pro-se
1153 east st south,
Suffield, CT 06080

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Attorney on this 15 day of August, 2005.

Robert F. Vacchelli,
110 Sherman st,
Hartford, CT 06105

Luis Fernandez
Pro-se