UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:03CV583(JCH)(HBF) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 29, 2005 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CORRECTION OF JUDGMENT

By two pleadings dated August 15, 2005 and titled "Motion for Correction of Judgment," and by pleading dated August 15, 2005 and titled "Motion for Leave To Proceed In Forma Pauperis" plaintiff pro se inmate seeks an order from the court correcting its December 8, 2004 judgment granting summary judgment to the defendants in this case and seeks to appeal without payment of fees. We urge the court to deny the motions.

The Motions for Correction of Judgment should be denied because they duplicate at least one similar motion filed by plaintiff on May 10, 2005 in Docket # 86. It is, therefore, duplicative.

Moreover, the Motions for Correction of Judgment and Motion to appeal without payment of fees should be denied because plaintiff already appealed, in February, 2005, he raised the same issue as discussed in his Motions for Correction of Judgment in his appellate brief, along with over a dozen other issues, and his appeal was dismissed by the United States Court of Appeals for the Second Circuit on August 17, 2005. See Amended Order, Exhibit A. Thus, this case is closed.

Accordingly, we request the court to deny plaintiff's motions.

>DEFENDANTS,
>John Armstrong, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>
>BY:_____/s/_____
>Robert F. Vacchelli
>Assistant Attorney General
>Federal Bar No. ct05222
>110 Sherman Street
>Hartford, CT  06105
>Telephone No.: (860) 808-5450
>Fax No.: (860) 808-5591
>E-mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of August, 2005:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

>_____/s/_____
>Robert F. Vacchelli
>Assistant Attorney General