# EXHIBIT A

CONN (NEW HAVEN)
03-cv-583
Hall, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 17th day of August two thousand and five,

Present:
    Hon. Rosemary S. Pooler,
    Hon. Robert D. Sack,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*



Luis Fernandez,
        Plaintiff-Appellant,

    v.

John J. Armstrong, *et al.*,
        Defendants-Appellees.

AMENDED ORDER

05-1163-pr

Appellant, *pro se,* moves for assignment of counsel, *in forma pauperis status*, permission to file an overlong brief with appendix, "objection [and] opposition to defendant's memorandum dated 5/27/05," "correction of judgment," and "the appeal to be heard on the full record and to be allowed to present oral argument." Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. See 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 327 (1989).

FOR THE COURT:
Roseann MacKechnie, Clerk

By: /s/ Oliva M. George
Oliva M. George, Deputy Clerk

AUG 17 2005

SAO/JE