UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


LUIS FERNANDEZ                      :
:          PRISONER CASE NO.
v.                         :          3:03-cv-583 (JCH)(HBF)
:
JOHN J. ARMSTRONG, et al.    :


RULING AND ORDER

On December 7, 2004, the court granted defendants' motion for summary

judgment.  Judgment entered in favor of defendants on December 9, 2004.  Plaintiff

now has filed motions for correction of judgment and leave to proceed in forma

pauperis on appeal.

Plaintiff already has filed an appeal in this case.  He filed his notice of appeal on

February 23, 2005.  On August 17, 2005, the Court of Appeals filed an amended order

dismissing the appeal as frivolous.  (See Doc. #90, Ex. A.)  Accordingly, plaintiff's

motion to proceed in forma pauperis on appeal [**Dkt. No. 89**] is **DENIED** as moot.

Plaintiff also asks the court to correct the judgment because defendants did not

disclose the names and addresses of second level Grievance Coordinators Santini and

Cornacchia.  While plaintiff did include in this action a claim that defendants failed to

comply with the institutional grievance procedures, the court granted summary

judgment on this claims because the claim did not involve the denial of a

constitutionally or federally protected right and, thus, was not cognizable in an action

filed pursuant to 42 U.S.C. § 1983.  (See Dkt. No. 68 at 13-14.)  Because the lack of

personal information about two grievance coordinators was irrelevant to the resolution

of this claim, plaintiff's motion to correct judgment [**Dkt. No. 86**] is **DENIED**.

In conclusion, plaintiff's motion to proceed in forma pauperis on appeal [**Dkt. No.

89**] is **DENIED** as moot and his motion to correct judgment [**Dkt. No. 86**] is **DENIED**.

**SO ORDERED** this 7th day of September, 2005, at Bridgeport, Connecticut.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge