UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se : **FILED** PRISONER
2005 SEP 13 P 3:25
Case: 3:03CV583
V. : U.S. DISTRICT COURT
BRIDGEPORT, CONN (JCH) (HBF)

J. J. Armstrong, et al : 9/1/05

## PLAINTIFF OBJECTION TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CORRECTION OF JUDGMENT

Plaintiff pro-se holding to the protection of his civil Rights and fundamental Rights respectfully Request this Court to deny and overrule defendants Memorandum in opposition to plaintiff's Motion for Correction of Judgment for the following Reasons:

1. This Motion is not "duplicate" nor "similar" to docket #86. In fact, this motion is base on evidence discovered by the plaintiff's pro-se of which defendants failed and deliberately ignored to disclose pursuant Rule 26, (a)(1), F.R.C.P.

2. Generally, Courts of appeals only have Jurisdiction over appeals from final decisions of the district Courts, and with respect to the appeal there is a Motion for Reconsideration pending with regard

to the alleged dismissal by the United States Court of Appeals for the SECOND CIRCUIT which does not affects or neither interefers with any aspect of plaintiff pro-se Motion for Correction of Judgment in this case.

3. This Court has already found a Cause of action in this case before granting I.F.P., see, Docket #1-1, Record, where plaintiff pro-se Motions must be viewed without regard of technicalities and less standards of an attorney.

4. The issues raised in the appeal are for the appeal which this Court should only concern on the decision of this Motion at hand, rather than appellate issues that are for the appellate Court review only.

5. The only "duplicative" or at least "similar" of their oppositions is, that they are supported with baseless arguments and lies. In other words defendants cannot put the "Cart before the hourse!"

6. The district Court Granted plaintiff pro-se petition to proceed in forma pauperis, holding that insofar as the amended complaint alleged "an unwarranted denial of prisoner's fundamental right to access the Courts"; a cause of action had been stated

2 of 3

Wherefore, the plaintiff pro-se hopes that the district court in protection of one's Civil Rights grants the leave to Proceed In forma Pauperis and Correction of Judgment (Newly Discovered Evidence) where a Cause of action has bin stated in this Case.

ORAL ARGUMENT REQUESTED

RESPECTFULLY SUB,

_____
Luis Fernandez,
Plaintiff pro-se
1153 east st. south,
Suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 7 day of Sept. 2005.

Robert F. Vacchelli,
Ass. Att. Gen.
110 Sherman st.,
Hartford, CT 06105

_____
Luis Fernandez
Pro-se