**MANDATE**

D. Conn.<br>
03-cv-583<br>
Hall, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 28th day of July, two thousand and five,

Present:
> Hon. Rosemary S. Pooler,
> Hon. Robert D. Sack,
> Hon. Sonia Sotomayor,
>> *Circuit Judges.*

Luis Fernandez,
> Plaintiff-Appellant,

v.                                              05-1163-pr

John J. Armstrong, *et al.*,
> Defendants-Appellees.

Appellant, *pro se,* moves for assignment of counsel and *in forma pauperis* status. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. See 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 327 (1989).

> FOR THE COURT:
> Roseann MacKechnie, Clerk
>
> By: /s/ Lucille Carr



Issued as Mandate:    SEP 1 3 2005