UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Luis Fernandez            :    Case: 3:03CV583 (JCH)(HBF)

V.                        :    Dec. 6, 2005

J. J. Armstrong, et al    :

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the MOTION FOR RESTATEMENT OF REASONS FOR RELIEVING FINAL JUDGMENT UNDER RULE 60(b) WITH APPENDIX to defendants Attorney Robert F. Vacchelli, 110 Sherman St., Hartford, CT 06105 by placing them in envelopes and placed them in the main hall legal mail box at the Conn. M.C.I, Suffield, CT on Dec. 6, 2005.

Respectfully Sub.,

_____
Luis Fernandez, pro-se
1153 East St South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6 day of Dec. 2005

1 of 2

Attorney Robert F. Vacchelli,
110 Sherman St,
Hartford, CT 06105

_____
Lois Fernandez
Pro-se