# EXHIBIT G

## VIII. Plaintiff's rights to petition the government for redress of grievances were not denied.

In this section, plaintiff argues that the defendants failed to answer, or improperly denied, his grievances in this case resulting in a denial of his constitutional rights. Plaintiff's Brief, p. 31. The facts, however, show that the defendants fairly responded to his voluminous, and confusing and repetitive filings.    See Def. Statement, para. 11.    The defendants did not claim that plaintiff failed to exhaust his prison administrative remedies in this case, and plaintiff had no "actual injury" in this case. Accordingly, judgment properly entered for the defendants on this issue.    Accord, Lopez v. Smiley, 2003 U.S. Dist. LEXIS 16724 (D.Conn. 2003) reopened on other grounds 2005 U.S. Dist. LEXIS 12414 (D.Conn. 2005) citing Graham v. Henderson, 89 F.3d 75, 80 (2nd Cir. 1996) and Lewis v. Casey, supra.

Plaintiff also complains about the court's failure to find proof of retaliation against him.    Plaintiff's Brief, p. 32. However, as the court correctly observed, there is no proof that he was treated differently, let alone with any discriminatory intent.    Decision, p. 17.    Accordingly, there is no merit to this claim.

To state a claim for retaliation, the plaintiff must allege facts demonstrating "first, that he engaged in constitutionally

protected conduct and, second, that the conduct was a substantial or motivating factor for the adverse actions taken by prison officials." <u>Bennett v. Goord</u>, 343 F.3d 133, 137 (2nd Cir. 2003). "[A]llegations which are nothing more than broad, simple conclusory statements are insufficient to state a claim under § 1983." <u>Alfaro Motors, Inc. v. Ward</u>, 814 F.2d 883, 887 (2nd Cir. 1987); <u>Fine v. City of New York</u>, 529 F.2d 70,73 (2nd Cir. 1975). Because of the "ease with which claims of retaliation may be fabricated," however, the court "examines prisoner's claims of retaliation with skepticism and particular care." <u>Colon v. Coughlin</u>, 58 F.3d 865, 872 (2nd Cir. 1995). "A claim of retaliation that is 'wholly conclusory' can be dismissed on the pleadings alone." <u>Graham v. Henderson</u>, 89 F.3d 75, 79 (2nd Cir. 1996) (quoting <u>Flaherty v. Coughlin</u>, 713 F.2d 10, 13 (2nd Cir. 1983).

In the instant case, plaintiff broadly argues retaliation with no proof of such activity. Considering the fact that the defendants did nothing but treat plaintiff as they are authorized and required to do by state statute, his retaliation claim must fail.

## IX. Plaintiff's liberty interests were not violated in this case.

On this point plaintiff argues that defendants violated his rights by failing to promulgate DOC Directives inserting

ExhibiT H

# Inmate Grievance Form B, Levels 2 and 3

## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name Luis Fernandez | Inmate no. 279900 |
|---|---|

| Facility Cheshire | Housing unit NB 118 | Date 7-27-02 |
|---|---|---|

☐ Line grievance   ☒ Line emergency   ☐ Health grievance   ☐ Health emergency

| IGP no. | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because the Level 1 Grievance filed on 7-23-02 was not given any response pursuant ADM. Dir 9.6 wherefore this Appeal stands Avol response on Adequate Assistance is

Inmate signature                                                Date 7-27-02

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons


Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because


| Inmate signature | Date |
|---|---|

### Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons


Level-3 reviewer

C.C.

Grievance Form B, Level 2 and 3.

Appeal: Requested to investigate the violations inflicted on this writer. Attach herein is Grievance Level 1 showing the inadequate Assistance and prejudice performance As D.O.C. Staff's by Librarian Ms. Hall and Major Farrell.

Ex. E



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

| Inmate Name Luis Fernandez | Inmate no. 279900 |
|---|---|

| Facility Cheshire | Housing unit NB118 | Date 8/6/02 |
|---|---|---|

☒ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. Attach the copy(s) of Inmate request form Containing the response from staff(s).

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) Prior to July 16, 2002 Tuesday, this writer had requested with Inmates V. Outlaw # 116051 And M. page # 106481 necessary assistance for Library access or Reaserch where only the 2 Inmates mention herein were Assisted without delay while this writer name was not listed which denied the meaningful ➤

3. Action requested. Describe what action you want taken to remedy the grievance. to be provided with Adequate Assistance for Law Library As every other inmate of African American and Caucasian Race and with reasonable tools as some envelopes, paper, pen, typewriter Assistance in order As Rights to Access the Court while this writer continues to be in Cheshire D.O.C.

Inmate signature                                                     8/6/02

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. | T no. |
|---|---|

| Date received | Disposition | Date of disposition |
|---|---|---|

Grievance issue

Reasons

Level 1 reviewer

C.C. Grievance Coordinator. Ahmed

Inmate: Luis Fernandez # 279900

Opportunity to Access the Court Attached herein Are request dates 7/16/02; 7/29/02 and 7/21/02 with 2 (two) different Emergency Access Approvals for Meaningful library Access which were submitted for 15 days each. The request date 7/16/02 Attached herein response date 7/19/02 by Librarian Ms. Hall confirms that this writer was not listed As other inmates for library Assistance to reserach and Access the Courts were this issue was brought to Counselor Super/ Unit Manager Ms. Hannah who respond "to write Another request" ignoring the issues of prejudice Assistance for library Access Against this writer ON 7/29/02, were this writer submitted Another request date 7/29/02 Attached herein, with response from Librarian Ms. Hall; following request date 7/30/02 this writer submitted the Attached Emergency Request date 7/31/02 to C.S./U.M. Ms Hannah who Approved but Librarian Ms Candace Hall eventhough A superior Staff Member Already Approved the Emergency Access form she took Amongs her own to Copy And Submit her Emergency Access Approval As A " Courtesy 15 day Period" from 8/6/02 to 8/21/02 were for Absolutly No reason At All Librarian Ms. Candace Hall Contradicts the 15 days Approval by only Allowing 12 days As prove towards her wanton and reckless discriminatory Actions against this writer. Citing; Giano v. Senkowski, 54 F.3d 1050, 1057 C2d Cir. 1995). Do to the Librarian Ms. Candace Hall prejudice Against this writer who Also informed the C.S./U.M. Ms. Hannah and further denial(s) by Counselor Beth Hallenn and Counselor Super. Bartholomew of resonable Materials for Assistance in Accessing the Courts this writer was force to request A Handship transfer to Another Level 4 facility do to the wanton and reckless Assistance of library Access and the intentional obstruction to Access the Court where this writer is pro-se in A direct Appeal At Appellate Court and has A criminal case pending see Attach request date 7-21-02 to Major Mr. Feliciano And response Acted by A/warden Major Mr. Farrell who instructed C/s Bartholomew to place this writer in the transfer list but gave No confirmation that such transfer was ever going to take place which response to Inmate Date 8/6/02 clearly indicates that Cheshire D.O.C. staff obstruction of the Court for Absolutly No Assistance to Access the Courts. from Meaningful

Respectfully





WARDEN'S OFFICE
JUL 24  3 27 PM '02

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** NB5 118

**Date** 7-21-02

**Request** for Hardship transfer to another level 4 Institution such as Garner Correctional Ins. because here in Cheshire there is no library assistance, no typewriter, no counseling, no counseling supervision on anything that can satisfy Inmates legal and meanful Rights to Access the courts.

*(continue on back if necessary)*

**Previous Action Taken** to Counselor Beth Halloran and Counselor Supervisor Bartholomew are negligent to provide 5 legal envelopes, pen, paper so I could access the courts, the Librarian Ms. Hall does not knows why I was not called to the Research Center on 7/16/02 when two other inmates name V. Outlaw and M. Paged were given opportunity to access legal research, there is no typewriter →

*(continue on back if necessary)*

**Submitted to** Operations Major Feliciano

**Date** 7-21-02

**Acted on by** A/Warden Farrell

**Action Taken and/or Response** I have instructed C/S Bartholomew to place your name on the transfer list. There is no indication when or if this transfer will occur. If you have issues with access to the Resource Center, then you must contact your U/M for resolution.

*(continue on back if necessary)*

**Response to Inmate Date** 8/6/02

**Staff Member Signature** Janell A/Warden

C.C.: Luis Fernandez #279900

Operations Major Feliciano



# Inmate Request Form
## Connecticut Department of Correction

CN 96.
Rev. 1/8/0

| Inmate Name, Luis FernanDez | Inmate no. 279900 |
|---|---|

| Facility ChesHone | Housing unit NB118 | Date 7/16/02 |
|---|---|---|

**Request** to be listed for Library wednday and thursday.

(continue on back if necessary)

**Previous Action Taken** I Requested library for tuesday And only a few selected were called to have Access. I want and writen Explanation why only the ones selected were given oportunity to be Assisted in there legal research ? Response !

(continue on back if necessary)

| Submitted to Librarian Ms. Hall | Date 7/16/02 |
|---|---|

**Acted on by**

**Action Taken and/or Response** Your name will be placed on the next available schedule

(continue on back if necessary)

| Response to Inmate Date 7/18/0 |
|---|

**Staff Member Signature** [signature]

C.C. Luis FernanDez # 279900



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name | Luis Fernandez | Inmate no. | 279900 |
|---|---|---|---|

| Facility | Chesthire | Housing unit | N0118 | Date | 7-29-02 |
|---|---|---|---|---|---|

**Request** for Emergency Access to Library Tuesday, Wednesday, and Thursday, Thank you. Please Response

*(continue on back if necessary)*

**Previous Action Taken** I Already inform C.S. Unit Manager Hannell and she directed this matter to your Attorncow and Asssstance.

*(continue on back if necessary)*

| Submitted to | Librarian Ms. Hall | Date | 7-29-02 |
|---|---|---|---|

**Acted on by**

**Action Taken and/or Response**

You need to complete an Emergency Access Request Form (attached)

*(continue on back if necessary)*

**Response to Inmate Date** 7/30/02

**Staff Member Signature**

C.C. Luis Fernandez #279900

<u>Emergency Access Request Form</u>

NB118

(please print the following)

Name Luis Fernandez               I.D. 279900     Date 7-31-02

Housing NB118

Attach a copy of the document that proves that you will suffer legal prejudice, i.e., injury or harm in court which cannot be corrected if you do not get emergency access. Emergency access excludes anyone who can get a motion for an extension of time from the court. This form is invalid without an attached copy that is verifiable.

Court date Pending Appeal "pro-se"

Further explanation: Pursuant to the 6 amendmat Pro-se Act & Appeal court proceeding § 6b-3 pract. Book, I need to be Assisted And given the opportunity to type-written and Copy certify the Motion) that Are to be filed in Appellants defense; Where this Emergency Request should be Approved relying on Appellant Court proceedings and "Ferutt" Pro se, Access to Courts; Ms. Maira R. Sheehan can consent to this matter At (860) 258-580 Paralegal

Approved _____
          Unit Manager

                                    Signature of Applicant
                                    Date 8/2/02

Approval _____
          Librarian                 Date _____

Period of Duration _____

## Emergency Access Request Form

(please print the following)

Date 7-31-02

Name Luis Fernandez _____ I.D. 279900 _ Housing ~~NB/B18~~

SB602

Attach a copy of the document that proves that you will suffer legal prejudice, i.e., injury or harm in court which cannot be corrected; if you do not get emergency access. Emergency access excludes anyone who can get a motion for an extension of time from the court. This form is invalid without an attached copy that is verifiable.

Court date Pending Appeal "pro-se"

Further explanation: ~~PURSUANT~~ to the 6 amendment Pro-se Act & Appeal court proceeding § 66-3 punct. Book, I need to be Assisted and given the opportunity to type-written and copy certify the motion that are to be filed in Appellants defense; where this Emergency Request should be Approved netros on Appellant Court proceedings and "Feritt" Pro se, Access to Courts; Ms. Maira R. Sheehan can consent to this matter at (860) 258-5807 Paralegal.

Approved _____ Unit Manager

Signature of Applicant
Date 8/2/02

Approval _____ Librarian

Date 8/5/02

Period of Duration 8/10 - 8/21

Received 8/5/02

since there is no date (courtesy 15 day period)

# Inmate Grievance Form B, Levels 2 and 3

CN 9601B
7-1-98

**Connecticut Department of Correction**

| | | |
|---|---|---|
| Inmate name Luis Fernandez | Inmate no. 279900 | |
| Facility Cheshire | Housing unit SB603 | Date 9/6/02 |

☒ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

| | |
|---|---|
| IGP no. | T no. |

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because the Grievance form level 1 date 8/6/02 has been ignored pursuant to Adm Dir 9.6 And D.O.C. staffs Abuse of Authority do to discrimination action of inaction is a serious Constitutional violation Against A prisoner Equaly situated see Attach.

| | |
|---|---|
| Inmate signature | Date 9/6/02 |

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| Reasons | | |

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| | |
|---|---|
| Inmate signature | Date |

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| Reasons | | |

Level-3 reviewer

C.C
Fernandez Luis Fernandez # 279900

INMATE GRIEVANCE FOR D. LEVEL 2(5)

Continue Appeal

In support of staffs' authority abuse do to discrimination action of inaction seeing in Grievance level 1 date 8/6/02 against this writer, herein presents request form date 8-5-02 were meaningful assistance to access the library was obstructed and limited use of type-writer by calling this writer 5 minutes late when there are only several typewriters available, also this writer attempt to solve the copies requested of legal documents threw Grievance Coordinator Ms. Ahmed which librarian Ms. Candice Hall respond on 8/7/02. See attached herein. Following librarian Ms. Candice Hall respond on 8/7/02 this writer submitted a request to Counselor Supervisor / Unit M. Ms. Hannah on 8-6-02 see attache who response by Counselor Ms. Beth Halleran was to hand her this writer case legal documents for copying, when these case legal documents for copying are privileged, disclosure or even the handing of legal document to a prison official is unconstitutional having no rationally related to a legitimate governmental purpose. Citing, Champion v. Artuz, 76 F.3d 483, 486, (2d Cir. 1996). On 8-13-02, this writer submitted a request to librarian Ms. Candice Hall based on this writer observation of the library open with inmates which this writer had been recklessly denyed meaningful assistance regarding the Emergency access already approved by Unit M. / C.S. Ms. Hannah were librarian Ms. Candice Hall responded on 8-13-02 saying "housing unit will be call when scheduled by the resource center" knowing this writer approval for Emergency access. This writer on 8-13-02 also notified in request herein attached date 8-13-02 enforce the Emergency access to U.M. / C.S. Ms. Hannah who ignored to respond pursuant D.O.C. Adm. Dir. 9.6 15 days. Wherefore, this appeal should be upheld do to the violation and intentional discriminating obstruction which can result in harming this writer PRO SE status at the appellate court and were a hardship to answer without retaliation, injury to this writer, threat or distruction of legal and property retaine would result in the best remedy at this time.

Respectfully

Luis Fernandez

C.C.

Inmate Name **Luis Fernandez**

Inmate no. **279900**

Facility **Cheshire**

Housing unit **NB11B**

Date **8-5-02**

Request to be Assisted According to Emergency Access report Approved by C.S. Unit Manager Hannah to be listed for Library Tuesday, Wednesday and Thursday including having Available the copy machine for copy of the typewritten document needed for Court Access.

(continue on back if necessary)

Previous Action Taken I filed an Emergency request date 7-31-02 since the dates 7-5-02, 7-26-02 and 7-23-02. I was not Able to be Assisted with the opportunity to copy or have proper Access to A typewriter, 7-23-02 I was denied copy and I address this matter Already to Coordinator Ms Attreal.

(continue on back if necessary)

Submitted to **MS. Hall "Library"**

Acted on by

Date **8-5-02**

Action Taken and/or Response

① Copies must receive prior approval — see your Unit Manager. ② Typewriters are available on a first-come, first-served basis.

(continue on back if necessary)

Response to Inmate Date 8/7/02

Staff Member Signature

C.C. Luis Fernandez # 279900

Librarian MS. Hall

# Inmate Request Form

Connecticut Department of Correction

CN 9602 Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** NB118

**Date** 8-6-02

**Request** to be Assisted on the photocopyies request which Ms. Hall the Librarian stated that it needs your Approval. Also I request envelopes to properly send out legal mail to the courts.

*(continue on back if necessary)*

**Previous Action Taken** is enclose please response....

*(continue on back if necessary)*

**Submitted to** Counselor Supervisor Unit Man. Hannah

**Acted on by**

**Date** 8-6-02

**Action Taken and/or Response** Mr. Fernandez —

I would be happy to assist you - however I need you to have the copies you wish to have made over to me - to send to the unit manager for review As of this date on 8-8-02 at 9:20 AM - you refused to do so.

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature** [signature]

C.C. Luis Fernandez #279900.

Unit Manager : Hannah

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

Inmate Name   Luis Fernandez

| Facility   Cheshire | | Inmate no.   279900 |
|---|---|---|
| | Housing unit   WB11P | Date   8-13-02 |

Request   to be listed for Library Tuesday Wednesday
and Thursday since Thursday you stopped working
at 10:15 am, when it was already approved by
Unit Manager Hannah an Emergency Access-date 7-31-02
so I could be assisted for Library August 6, 2002,
August 7 and August 8, 2002 but I was Recklessly —

(continue on back if necessary)

Previous Action Taken   to Unit Manager Hannah has been
notify.

(continue on back if necessary)

Submitted to   Librarian Ms. Hall

| Acted on by | Date   8-13-02 |
|---|---|

Action Taken and/or Response

You can only be scheduled when the Resource
center calls your housing unit.

(continue on back if necessary)

Response to Inmate Date   8/13/02

Staff Member Signature

C.C.   Luis Fernandez # 279900

Unit Manager Hannah

Inmate Request Form
CN 9602
Connecticut Department of Correction
Rev. 1/8/02

| Inmate Name | Luis Fernandez | Inmate no. 279900 |
| --- | --- | --- |
| Facility | Cheshire | Housing unit NB118 | Date -8-13-02 |

**Request** Enforce the Emergency Access for Library since Librarian Mis Hall stoped working Thursday August 8, 2002 at around 10:15 AM and I was not given the opportunity of Library that has been Approved and is being Requested for this week of August 14, 2002, August 15, 2002 and August 16, 2002 -I

*(continue on back if necessary)*

**Previous Action Taken** Already informed Mis Hall Librarian.

*(continue on back if necessary)*

**Submitted to** C.S. Unit Manager Hannah

| Acted on by | Date 8-13-02 |
| --- | --- |

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

C.C. Luis Fernandez #279900

Unit Manager Hannah

Librarian Ms. Hall.



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

Inmate Name  Luis Fernandez                          Inmate no. 279900

Facility  Cheshire C.I.        Housing unit  SB 603     Date  Oct. 8, 2002

☒ Line grievance   ☐ Line emergency   ☐ Health grievance   ☐ Health emergency

1.  Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. The request dates 8-19-02, 8-21-02 and 9-5-02 are herein Attached with I.G.A.P. letter date 10-8-02 but only request 8-21-02 received response and 8-19-02 was ignored in violations of ADM. Dir. 9.6.

2.  Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) Consist of inAdequate Emergency Access to library by an ineffective Assistance of staffs and notification of the lack of Inmate Grievance Forms and intentional deprivations. On Appox. August 19, 2002 this writer submitted a request (herein Attached) to Major Farrell for his interventions in librarian Ms. Hall wanton and reckless Action of inAction by deliberate indifference when knowing of the approval for Emergency Access on 8/2/02 by Unit Manager/C.S. Hamill which this writer had been only →

3.  Action requested. Describe what action you want taken to remedy the grievance. to be Adequately provided with 13 days of Access to the library and Assistance with typewriter, upholding Region Farrell and librarian Hall with Disciplinary charges under ADM. Dir. 9.6 and 9.17 and that Counselor Gullick be removed from Unit South 6 the soon as possible.

Inmate signature

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no.                                T no.

Date received              Disposition            Date of disposition

Grievance issue

Reasons

Level 1 reviewer

C.C. Grievance Coordinator Ahmed)

Inmate: Luis Fernandez # 279900

(Continue 2). <u>Nature of Grievance</u>.

2. Allowed 2 days of library Access where librarian Ms Hall should have Known that Already a courtesy of 15 days period had been Approved by her And the weekend counted for meaningful Assistance to Access the library (Resource Center). This writer since Major Farrell had not Responded to the Request submitted on 8/19/02 for intervention in librarian Ms. Hall cruel and unusual punishments Against this writer who pursuant to D.O.C ADM. Dir. 9.6 moved to file an inmate Grievance level 1 but the unit South 6 had no Grievance forms And Counselor Gatlock refuses to Assist this writer with an inmate Grievance Form in violation of ADM. Dir. 2.17 Employee Conduct and 2.6 Discipline depriving this writer from his first Amendment Right to the U.S.C , for contact this writer to contact I.L.A.P. to be Adequately provided with Grievance Form for Addressing these staff's mention herein inadequate Assistance and policy violative Abuse of Authority depriving meaningful Assistance As the guarantee Right to Access the court.

Wherefore, this grievance should be upheld not compromised do to the intentional obstructions and violations of D.O.C. ADM. Directives.

Respectfully Submitted

_Lois Fernandez_



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis Fernandez

**Inmate no.** 279900

**Facility** Cheshire

**Housing unit** SB 603

**Date** 8-19-02

**Request** for your intervention in correcting the Emergency Access Approved on 8/2/02 by Unit Manager Hannah and by Librarian Ms. Hall on 8/5/02 which was Also recieved Date.

*(continue on back if necessary)*

**Previous Action Taken** First, Counselor Super. Unit Manager Hannah who Approved the Emergency Access request form on 8/2/02 Allowing this person to be provided with the necessary time before Any legal prejudice injury or harm in Court Accessing occur. Second, Library Ms Hall Changed Unit Manager Hannah Approval by giving my person Approval of Emergency Access on the weekends

*(continue on back if necessary)*

**Submitted to** Major Farrell

**Date** 8-19-02

**Acted on by**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

C.C. Major Farrell

Inmate Luis Fernandez # 279900

Inmate Name  Luis Fernandez

Inmate no. 279200

Facility  Chesthre

Housing unit  SB 603

Date  8-21-02

Request  And notify that I was Approved for Emergency Access 15 days and out of these days I was only assisted twice (2); I request to be listed for the next 13 Library days to Conclude the Contesy Approval of 15 days Emergency Access Thank you; Response ....

*(continue on back if necessary)*

Previous Action Taken

*(continue on back if necessary)*

Submitted to  Librarian MS Hall

Date  8-21-02

Acted on by  Don Hall

Action Taken and/or Response

From 8/10-8/21/02 (a 15 day period) your name was on the Resource Center call list whenever your housing unit was scheduled to attend

*(continue on back if necessary)*

Response to Inmate Date  8/22/02

Staff Member Signature

C.C. Luis Fernandez # 279200

Librarian M.S. Hall

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Luis FenunDez

**Inmate no.** 279900

**Facility** Chesthine

**Housing unit** SB603

**Date** 9/5/02

**Request** to be provided with "5" Grievance Forms.

*(continue on back if necessary)*

**Previous Action Taken** to the Clo's At the unit And Counselor Gallock who did not have Any Grievance Available At the time. One of the issue that I/M Grieving is do to A confession of violations policy, the other's is An issue of denials Courts Access which Keeps, does not Guds And Keep's on happening After I Already followed the chain of Command. I wrote -D

*(continue on back if necessary)*

**Submitted to** Grievance Coordinator Ms. HHned/Capt. Knight

**Date** 9/5/02

**Acted on by**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

C.C. Luis FenunDez #279900

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

October 8, 2002

Mr. Luis Fernandez
Inmate # 279900
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

Dear Mr. Fernandez:

This letter is written in response to your legal call with me today, October 8, 2002.

During our discussion you indicated that you sent me a claim a few days ago; however, I have not yet received it. Once I do, I will review it and advise you accordingly. ILAP does not have the financial resources to make and provide copies for inmates; however, as a courtesy, this one time, I will make a photocopy of the claim and return it and the original to you.

You also stated during our conversation that you have been unable to get grievance forms and that you had written request to Captain Knight and the grievance coordinator, Ms. Ahmend.

Pursuant to our conversation, I telephoned Ms. Ahmend. She indicated that she would make sure your unit (Unit South-6) has grievance forms. She also said she would personally give you a grievance form.

If you have any questions or concerns about the above, or any other civil matter, please contact ILAP again.

Sincerely,

Jenna M. Edmundson,
Staff Attorney

# Inmate Grievance Form B, Levels 2 and 3

## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | Luis Fernandez | | Inmate no. 279900 |
|---|---|---|---|
| Facility | Cheshire C.I. | Housing unit SB 147 | Date 11/8/02 |

☒ Line grievance   ☐ Line emergency   ☐ Health grievance   ☐ Health emergency

| IGP no. | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because the level 1 Grievance timely Response expired and the need to enforce of existing Policy and Procedure to remedy an intentional depravation →

| Inmate signature | Date 11/8/02 |
|---|---|

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| · Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer

C.C.

Inmate: Luis Fernandez #279900

Appeal
Continuance

→ of meaningful Access to the Courts were this writer
is PRO SE in an Appeal which Emergency Access has been
Approved but Also Revocked At the same time for Absolute No
Reason and D.O.C. Staff's Librarian, Counselor and Major
Wanton and Reckless Actions of inactions in failing to adhere
D.O.C. ADM. Dir. 9.6 procedures falling below the statement
of Omissian from Cheshire D.O.C. see Grievance level 1
date 10/8/02, this writer Considering the deprivations of
Due Process. by failing to review Grievance pursuant ADM. Dir.
9.6 Request Not to be limited of Access to the Courts
in violation of the guarantee Right under Article 1 § 10
or that Reprisal be sustained Against this writer for
submitting A Grievance Against D.O.C. Staffs unprofessional
Conducts.

Respectfully

Luis Fernandez
ID 279900
C.C.I.
900 highland Ave
Cheshire CT 06410

C.C. /file



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

| Inmate Name Luis Fernandez | Inmate no. 279900 |

| Facility Cheshire | Housing unit SB 603 | Date 8 16 02 |

☐ Line grievance   ☒ Line emergency   ☐ Health grievance   ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. The Attached Response Staff Members request are herein.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) Violation of 6.10, 10.7 3.10 Adm. Directives deliberately Against this writer Right to access the Appellate court. On 7/16/02 a request was submitted to counselor Hallern for Assistance, see attach herein Carbon copy of request date 7/16/02, which Ms. Hallern response As it shows herein Attach date 7/17/02 denying this writer request date 7/16/02 confirmed by →

3. Action requested. Describe what action you want taken to remedy the grievance. For Disciplinary penalty pursuant to D.O.C Adm. Dir 2.6 and 2.17 Against the D.O.C staff's Newton herein counselor, C/S, Major, C/S unit manager for failing to Promulgate D.O.C Adm. Directives and Warden Rodriguez for ignoring to response the request submitted on 8/5/02 pursuant Adm. Dir. 9.6 to be Assisted reasonably with materials to access the Appellate court.

| Inmate signature | |

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. | T no. |

| Date received | Disposition | Date of disposition |

| Grievance issue | | |

| Reasons | | |

| Level 1 reviewer | | |

C.C. Grievance Coordinator Ahmed

Inmate: Luis Fernandez # 279900

Continue  2.  Nature of Grievance

Counselor Supervisor Bartholomew and unit Manager Hannah who was notifyed with a Copy and is in-change of the Unit North Block 1. This writer following the denial of request date 7/16/02 submitted to Counselor Supervisor Bartholomew a request on 7/18/02 Attached herein who response is obviously taken in part of what he Attached from the D.O.C. Adm. Dir. 10.7 - sec. 4 and Adm. Dir. 6.10 - sec 3 which Shows what this writer has highline in yellow as how can reasonable Assistance be provided; C/s Bartholomew did not inclued in his response or made any effort to cure such inaction by prejusdisly ordering not to provide this writer with Assistance to Access the Appellat Court when D.O.C. Adm.Dir. 10.7 - see 4 Says and quote "Additional free Correspondence to Courts and Attorney's may be Authorized by the Unit Administrator based upon the reasonable needs of the inmate." This writer further filed a request date 8/5/02, Attach herein, to Warden Rodriguez notifying of C/s Bartholomew and Counselor Hallenan Abuse of Authority Against this writer and the denial of indogent inmates or inmate who Cannot pay 25 ¢ per copy of their Legal document to Access the Courts like this writer in violation of D.O.C. Adm. Dir. 3.10 that requires a waiver of the Charging fee for copy(ies) by Librarian Ms. Hall pursuant to Major Farrell order. Furthermore, this writer was transfered from North Block 1 to South Block 6 cell 3 where he received a memorandum from Counselor Hallenan herein Attach



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

Copy

| Inmate Name | Luis Fernandez | Inmate no. 279900 |
|---|---|---|

| Facility | Cheshire | Housing unit NB118 | Date 7/16/02 |
|---|---|---|---|

**Request** for 2 social envelopes and 3 legal envelopes ; I am still awaiting on your Response for the 10 legal manila envelopes send-out date 9 July 2002 when I handed you these documents did it got mailed-out? Please answer.

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

| Submitted to | Counselor Halloran | Date 7/16/02 |
|---|---|---|

**Acted on by**

**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature**

C.C. Inmate Luis Fernandez #279900

MR. FERNANDEZ,

YOU ARE NOT INDIGENT AS ESTABLISHED BY INMATE ACCOUNTS CALCULATION ENCLOSED HERE
-IN.   THIS HAS BEEN CONFIRMED BY THE COUNSELING SUPERVISOR.   AS SUCH I CANNOT
GIVE YOU ENVELOPES. YOU WILL HAVE TO PURCHASE THEM IN THE COMMISSARY.

MS. HALLERAN    7/17/02

CC:   UNIT MANAGER HANNAH