UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez, Pro-se          : Case:3:03CV583(JCH)(HBF)

V.                              : Dec.21,2005          2006 JAN 13 P 12: 24

J.J.Armstrong, et al            :                     DISTRICT COURT
                                                      PORT CHESTER

MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P.4(a)(5) Luis Fernandez, pro-se/plaintiff

respectfully request leave to file the within notice of appeal

out of time. Luis Fernandez,pro-se/plaintiff desires an extension

of 30 days until the court enters a judgment in the pending

Motion for Restatement of reasons for reliving final judgment

under rule 60(b) with appendix date 12/6/05 were a party may

move the court to correct its own error before time for appeal

has run.

Respectfully Submitted,

_____
Luis Fernandez,pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to
the defendants Attorney on this 21 day of Dec.2005.

Robert F.Vacchelli,

Ass.Att.Gen.

110 sherman st.,

Hartford, CT06105

_____
Luis Fernandez,pro-se

1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez,pro-se           : case:3:03CV583(JCH)(HBF)


V.                              :  Dec.21,2005


J.J.Armstrong, et al            :


### Proof of Service

I Luis Fernandez, plaintiff pro-se states under the pains of
perjury that a copy of Motion for an Extension of time to file
a notice of Appeal date 12/21/05 was mailed to the defendants
attorney Robert F.Vacchelli,110 sherman st.,Hartford,Ct.06105
by placing them in an envelope and placing them in the legalmail
box of the Conn.State Prison M.C.I.,suffield,Ct. on 12/21/05.

Respectfully Submitted,

_____
Luis Fernandez,
Pro-se

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to
the following on 21 day of Dec.2005.


Att.Robert F.Vacchelli,
110 sherman st.,
Hartford, CT.06105

_____
Luis Fernandez

1 of 1