UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO. 3:03CV583(JCH)(HBF) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 19, 2006 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

This case is a civil rights action by Inmate Luis Fernandez alleging that his civil rights were violated in 2002 due to his lack of litigation resources. He now files a "Motion for An Extension Of Time To File A Notice Of Appeal" dated December 21, 2005 and received January 13, 2006. We urge the Court to deny the motion.

This Court rendered Summary Judgment for the defendants in this case by decision dated December 7, 2004, Docket No. 68. The Court denied plaintiff's effort for relief from judgment under Rule 60(b) by decision dated February 24, 2005, Docket No. 79, and again by decision dated September 7, 2005, Docket No. 91. The United States Court of Appeals for the Second Circuit dismissed his appeal as frivolous, Docket No. 93. We urge the Court to deny plaintiff's most recent motion as he already appealed and lost and there is nothing further to appeal at this time.

For all of the foregoing reasons, we urge the court to deny plaintiff's motion.

           DEFENDANTS,
           John Armstrong, et al.

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL


      BY:_____/s/_____
         Robert F. Vacchelli
         Assistant Attorney General
         Federal Bar No. ct05222
         110 Sherman Street
         Hartford, CT 06105
         Telephone No.: (860) 808-5450
         Fax No.: (860) 808-5591
         E-mail: robert.vacchelli@po.state.ct.us


## **CERTIFICATION**

   I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of January, 2006:

Luis Fernandez, Inmate No. 279900
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

        _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General