UNITED STATES DISTRCIT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez                  :        Case:3:03CV583(JCH)(HBF)

V.

J.J.Armstrong, et al            :        March 1,2006

PLAINTIFFS' MOTION IN OBJECTION/OPPOSITION TO DEFENDANTS MEMO

DATED 1/22/06

The plaintiff pro-se in protection of his civil rights and fundamental rights object/opposes to def. memorandum dated 1/22/06 which lacks of merit and must be denied because the Motion for Denovo Review of [doc.# 99-1] was filed within the 10 days of the filing of the decision or order from which relief is sought, see D.Conn.L.Civ.R. 7(c).
Also, it is a fact that this newly discovered information alters the court's decision in granting defendants motion for summary judgment. The set Deadlines for discovery were due by 4/26/06 and defendants moved for summary judgment on 3/30/04 and the summons returned executed by the Marshalls in behalf of the plaintiff pro-se Fernandez as served to def. Bartholomew, R. Brozozwski, Farrell, Gallick, Hall, B.Halleran, Hannah, Knight, and Roby on 3/31/04 where these named defendants had to file an answer by 4/5/04, but defendants moved for an untimely summary judgment obstructing and hindering the discovery.
The scheduling order doc# 20 adds more proof to the fact that the defendants summary Judgment is untimely because defendants summary judgment was filed before discovery and deposition schedule time ended.

For all of these factual reasons, I seriously urge the Court to grant the Motion for Denovo Review and Deny def. opposition.

1 of 2

Respectfully Submitted,

_____
Luis Fernandez, pro-se

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 1 day of March, 2006.

Att. Robert F. Vacchelli,

110 sherman st.,

Hartford, CT 06105                             _____
                                              Luis Fernandez, pro-se

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Fernandez                    :         Case:3:03CV583(JCH)(HBF)

V.

J.J.Armstrong, et al         :         March 1,2006

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion in objection/opposition to defendants memorandum dated 1/22/06, to defendants attorney Robert F. Vacchelli, 110 sherman st., Hartford,CT 06105, by placing them in an envelope and place them in the main hall mail legal box at the Conn. Macdougall C.I.,suffield,CT06080 on March 1,2006.

Respectfully Submitted,

_____
Luis Fernandez,pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed tom the following on this 1 day of March, 2006.

Att. Robert F.Vacchelli,

110 sherman st.,

Hartford, Ct06105

_____
Luis Fernandez, pro-se

1 of 1